

# ATTACHMENT 1

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2024 FEB -9 P 2: 10
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE __EASTERN__ DISTRICT OF __WISCONSIN__

(Full name of plaintiff(s))

KENNETH HESS

vs

(Full name of defendant(s))

SERGEANT ETSINGER, SERGEANT

CROCHIERE

Case Number: **24-C-0183**

~~23-CV-0039~~

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __WISCONSIN__, and is located at
   (State)

   NEW LISBON CORRECTIONAL INSTITUTION P.O. BOX 2000 NEW LISBON, WI 53950
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant  SERGEANT ETSINGER, SERGEANT CROCHIERE
(Name)

is (if a person or private corporation) a citizen of  WISCONSIN
(State, if known)

and (if a person) resides at  N/A
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  OSHKOSH CORRECTIONAL INSTITUTION P.O. BOX 3310 OSHKOSH, WI 54903
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 8-9-23 around 7:00AM I started getting severe lower abdominal pains. After a few hours the pain got worse to almost unbearable, on a scale of 1-10, they were a 7. I also experienced vomiting and constipation and finally at 5:15PM I asked Sgt. Etsinger if he would contact HSU because I could not take the pain anymore and it was still getting worse. Sgt. Etsinger told me to fill out a blue slip. I then said it was an emergency and I was in serious extreme pain. Etsinger again repeated fill out a blue slip. I took a blue slip as instructed and filled it out. After

this, I waited until shift change at 6:30PM, where I could ask the next sergeant the same and this shows I was denied access to medical care and delayed access to medical care when I had a perforated appendix that was about to burst the Doctor said at the ER Hospital said if I did not get to the ER when I did. On 8-9-23 around 6:30PM I asked Sgt. Crochiere if she would contact HSU for an emergency as I was experiencing severe lower abdominal pains. I had been experiencing worsening pain and symptoms, including vomiting and constipation, and I had fainted in my room cell earlier before speaking to her. Sgt. Crochiere asked if I would be okay, I said no, I needed a medical emergency. Sgt. Crochiere told me there is not a Doctor on duty and that the Nurse really can not do much to assist me. Sgt. Crochiere then told me to fill out a blue slip. The next morning, I was called down to HSU on 8-10-23 do to the blue slip I wrote HSU and the HSU staff did a test, then called me back down later to HSU to tell me the test results. They told me my white blood cells count were elevated and that something was seriously wrong. After this, the HSU rushed me to the emergency room by ambulance. More tests were done at the hospital, including a CT Scan. Within a short

time, the hospital staff said I had to have a emergency surgery to remove my appendix for appendicitis. The Nurse at the hospital told me that as soon as they got me open my appendix exploded when they touched it.

This all occured at Oshosh Correctional Institution. The defendants acting under the color of state law, violated my 8th amendment right to be free from cruel and unusual punishment by being deliberate indifferent to my serious medical needs.

I have exhausted any administrative remedies available to me.

Kenneth Hess 1-26-24

C.  JURISDICTION

[X]  I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

[ ]  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Injunction to have defendants call medical emergencies when I have medical issues that need it and to prevent prison officials from denying or delaying me and other prisoners access to medical care. Grant Compensatory and irreparable damages in the amount of $250,000 against defendants Sgt. Etsinger, Sgt. Crochiere for the mental pain and pain and suffering for the physical injuries I suffered for denying me access to medical care and for delaying me access to medical attention that could of caused me death. Grant Punitive damages in the amount of $100,000 against defendants Sgt. Etsinger, Sgt. Crochiere for physical injuries and mental pain and for violating my medical care rights protected under the 8th Amendment of my U.S. Constitutional Rights in this case that both defendants Violated.

Attachment One (Complaint) – 4

E.  JURY DEMAND

    [x] Jury Demand - I want a jury to hear my case
           OR

    [x] Court Trial – I want a judge to hear my case

Dated this 26st day of January 20 24.

Respectfully Submitted,

*[signature]*

Signature of Plaintiff

576406

Plaintiff's Prisoner ID Number

NEW LISBON CORRECTIONAL INSTITUTION P.O. BOX 2000

NEW LISBON, WI 53950

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

[x] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.