Kenneth Hess 576406
New Lisbon Correctional Institution
P.O. Box 2000
New Lisbon, WI 53950-2000



Office of the Clerk
United States District Court
Eastern District of Wisconsin
362 United States Courthouse
517. East Wisconsin Ave
Milwaukee, WI 53202