**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

# HEALTH SERVICE REQUEST
## AND COPAYMENT DISBURSEMENT AUTHORIZATION

**WISCONSIN**
Adm. Code
Ch. DOC 316

### ✋ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ✋

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Hess | Kenneth | 576406 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| OSCI | Q | 8-9-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶ *[signature]*

| TO BE COMPLETED BY HSU ONLY |
|---|
| ☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL |
| Charge Copayment: ☐ Yes ☐ No |
| AUTHORIZED STAFF SIGNATURE                              DATE OF SERVICE |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER: _____

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

I been having very bad abdominal pain, vomiting and
constipation since 7am. I told Sgt Erzinging around
5:15 pm and he refused to call for medical assistance.
This pain is hardly bearable at this point.

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☒ Nursing Sick Call: ☒ Today ☐ Date (if not today): _____

☐ Scheduled to be seen in HSU: ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify): ☐ Other:

**COMMENTS / INFORMATION**

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Michael Milner RN HSU OSCI | 8/6/23 |

**DISTRIBUTION**: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

(copy)

Ms. Mohnen          Aug 13, 2023

I am writing to inform you of an incident of serious concern where two Q-unit Sargent's refused to call a medical emergency at my request, and after I told them my symptoms and severe pain.

Events:

On Wednesday, August 9, 2023, I informed Sgt. Etsinger of multiple symptoms I was having, that were not normal to me and extremely painful and discomforting. I explained to him I did almost faint from the pain in my room, and the pain was ongoing so I asked him to make an emergency call to HSU. He showed no concern for the symptoms I reported to him, and in spite of my plea for immediate medical care, he instructed me to fill out a "blue slip". I again begged him to call an emergency as I was concerned that the pain and symptoms I was experiencing were indicative of something very serious, and not normal. He maintained that I should fill out a medical slip, so I left off speaking with him.

Later, that evening on 2nd shift, I informed Sgt. K. Crochiere of these same symptoms and pain I was experiencing. I asked Sgt. Crochiere also to make an emergency call for medical care, to which she also refused to do, and instructed me to fill out a "blue slip". As I continued to supplicate her that she would instead call an emergency for me, I buckled from pain in my side while in front of her at the desk. She responded by asking if I was going to be okay, and she further instructed me...

Case 2:24-cv-00183-LA    Filed 02/09/24    Page 2 of 42    Document 1-2

-1-

... to fill the medical request out right away, but she still refused to call an emergency as I had requested.

I did follow both their instruction, and was seen the next day by HSU staff.

HSU staff performed a clinical test, and subsequently determined that I in fact was suffering from severe appendicitis. I was rushed to the Hospital, and admitted into emergency surgery to have my appendix removed. I was subsequently informed by the medical staff involved that as soon as they touched my appendix, it immediately exploded during surgery.

Complaint:

My concern, Ms. Möhnen, is that even after my many pleas and requests for these two Sgt.'s to call a medical emergency for me at the time I reported my symptoms + they both refused to do so, and made light of my symptoms and condition. I suffered unnecessary pain and suffering, I wasn't taken seriously by the people I trusted to protect and take care for me, and to ensure that I receive the necessary medical care and attention which is, I believe, my right. Nor did these two Sgt.'s treat me with any dignity at all, and even after witnessing my condition, still refused to take the steps to get me the care that I desperately asked for and clearly needed.

Continued...

As can be evinced by the fact that a clinical test was done, and I in fact was immediately diagnosed with appendicitis, and rushed into surgery and now I am permanently maimed for life, as I do not have one of my organs, which could potentially and arguably could have been effectively treated sooner or prevented, had Sgt. Etsinger and Sgt. Crochiere taken meaningful action to intervene in my behalf, being afforded those opportunities earlier on that they deliberately refused.

I know I don't have any right to be liked by either staff member in this situation, or anyone in life for that matter, but I would suggest that I <u>DO</u> have a right to be treated fairly and with dignity, and to have my basic human needs met with basic human compassion and concern, as I am in the care of the DOC and its staff. It concerns me further that these particular two staff members may <u>NOT</u> be adequately trained to address a PIOC's (Person in [Y]our Care), such as myself, medical needs and emergencies, as can be seen in how these two Sargent's handled my situation.

Conclusion:
I suffered unnecessarily as a result of both Sgt. Etsinger and Sgt. K. Crochiere's refusal to call for me a medical emergency, as I went all night coughing and cringing in...

.. pain, as the pain worsened. And I suffered mental and emotional harm, as I went to my room not only deeply displeased and upset and in pain, but I felt unheard, belittled, and like I wasn't being taken seriously. I felt fear for what could happen to me because I thought I would have to wait several more days before HSU responded to my "blue Slip" as is the norm (which thankfully they did respond promptly). But I was still disgruntled and had severe anxiety, which added to my suffering through the night, not knowing when I would receive help for my condition. I lost hours of sleep, and felt every bit of pain because of it. And though I wanted to go and readdress the issue with Sgt. Crochiere throughout the night I was afraid that I would be brushed off as I was earlier, so I believed I had NOBODY to turn to for help, and this made me very sad, and I felt alone and vulnerable.

Please address my concerns about how those two Staff Sgts. disregarded my pleas for help, and maybe have them both retrained on properly dealing with inmates medical needs. I do NOT harbor ill-feelings towards them, but I am much less inclined to go to either of them for any kind of help, as this was a traumatic experience for me, and I truly believe that neither of these two Sargents have any genuine interest in helping me, in my opinion. Thank you.

August 13, 2023

Signed, _____  Kenneth Hess

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400 (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter DOC 310

# INMATE COMPLAINT

**OFFICE USE ONLY**

| DATE RECEIVED | COMPLAINT CODE | COMPLAINT FILE NUMBER |
|---|---|---|
| | | |

**INSTRUCTIONS FOR INMATE:**
- Complete **ALL** sections of this form
- You MUST use a DOC-400B, if additional space is needed.
- Do not use a highlighter or marker on this form. Do not staple or tape this form.
- The form may be returned to you if you submit an incomplete form or if you do not follow the instructions.
- Print clearly, illegible forms will not be processed. See reverse side for more information.

| INMATE NAME | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| Kenneth Hess | 576406 | Q | OSC 1 |

| LOCATION OF INCIDENT | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|
| Q-building | 8.9.23 | c.a. 6:30PM |

**ANSWER THE FOLLOWING QUESTIONS IN THE SPACES PROVIDED:**

Briefly state who or what is the **ONE** issue, of this complaint. What remedial action are you requesting?

Sargent Crochiere (Kevilynn) Improperly handled my medical emergency.
Remedial Action is: For her to be held accountable for denying my
medical emergency, and to be retrained to avoid future mishaps.

With whom did you attempt to resolve your **ONE** issue, and what was the result of this attempt, prior to submitting this complaint? Send any documentation you have, that supports your attempt to resolve your claims.

I tried to resolve my issue with CPS R. Mohnen. The result was
that nothing cognizable has been done. (I am waiting on
copies of the documentation that supports my attempt from the
law library. I will send it as soon as I receive it back.)

What are the details surrounding this complaint?

On Wednesday, 8.9.23 around 6:30pm I asked Sgt.
K. Crochiere if she would contact HSU for an emergency
as I was experiencing severe lower abdominal pains. I had
been experiencing worsening pain and symptoms, including
vomiting and constipation, and I had fainted in my room earlier
before speaking to her.

I almost dropped in front of her from the pain. She asked if
I would be okay, I said no, I needed a medical emergency.
She told me there isn't a doctor on duty and that the nurse
really can't do much to assist me. She then told me to fill out a blue slip.

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| [signature] | 8-31-23 |

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-400 (Rev. 3/2019)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# INSTRUCTIONS

The department shall maintain an inmate complaint review system that shall be accessible to all inmates in institutions. Prior to filing a formal complaint, you must attempt to resolve the issue by following the designated process specific to the subject of the complaint. If you have not done so, the Institution Complaint Examiner (ICE) may direct you to do so.

Each complaint shall meet all of the following requirements:

**(a)** Be submitted on a complaint form provided by the department.

**(b)** Be legibly handwritten or typed.

**(c)** Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.

**(d)** Include the inmate's original signature.

**(e)** Not exceed 500 words total and not exceed two pages.

**(f)** Provide relevant supporting documentation, which may be accepted at the discretion of the ICE.

The ICE will acknowledge your complaint with an ICE Receipt, or return the complaint to you for correction or with further instructions, within 10 days of receiving your complaint submission. A complaint will not be processed and a referral for disciplinary action may occur in accordance with ch. DOC 303 if the complaint contains any of the following:

(a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.

(b) A foreign substance.

Each complaint may contain only one clearly identified issue.

A complaint must contain sufficient information for the department to investigate and decide the complaint.

An inmate may not file more than one complaint per calendar week except that any of the following are not subject to the filing restrictions contained in this paragraph:

(a) Complaints regarding the inmate's health and personal safety.

(b) Complaints made under PREA.

**NOTE:** The ICRS is governed by the rules in chapter DOC 310, Wisconsin Administrative Code. For more information on using the ICRS, please review this chapter.

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400B (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter 310

## INMATE COMPLAINT/APPEAL (CONTINUED)

| INMATE NAME | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| Kenneth A. Hess | 576406 | Q | OSCI |

I did fill out a blue slip as instructed.

The next morning, I was called down to HSU. The staff there did a test, then called me back down later with the test results. They told me my white blood cells count were elevated and that something was seriously wrong.

After this, the HSU staff rushed me to the emergency room by ambulance. More tests were done at the hospital, including a CT Scan. Within a short time, the hospital staff said I had to have surgery to remove my appendix, for appendicitis. The Nurse at the hospital told me that as soon as they got me open my appendix exploded when they touched it.

After my return from the hospital and surgery, I wrote to Unit Manager B. Mohnen in an attempt to resolve the issue I have, as instructed as a prerequisite to filing an I.C.I. I explained in detail the circumstances and requested that she take action to hold K. Crochiere (and the other involved Sargent) both accountable for their denial of my medical emergency and the anxiety, pain and stress I was unnecessarily subject to, and still am. She said she received my letter, but to date nothing cognizable has been done.

I believe Sgt K. Crochiere not only gave me inaccurate and misleading information, but also disregarded my condition which she saw and acknowledged, and still decided not to call a medical emergency as I asked. As a result, I went through unnecessary pain, anxiety and stress, and I believe she should be held liable for such actions (or inaction) and should be properly retrained to handle inmate healthcare.

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| | 8-31-23 |

DISTRIBUTION: Original – ICTS

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-400B (Rev. 3/2019)

**WISCONSIN**
Administrative Code
Chapter 310

# INSTRUCTIONS

The Department shall maintain an inmate complaint review system that shall be accessible to all inmates in institutions. Prior to filing a formal complaint, you must attempt to resolve the issue by following the designated process specific to the subject of the complaint. If you have not done so, the Institution Complaint Examiner (ICE) may direct you to do so.

Each complaint shall meet all of the following requirements:

(a) Be submitted on a complaint form provided by the department.
(b) Be legibly handwritten or typed.
(c) Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
(d) Include the inmate's original signature.
(e) Not exceed 500 words total and not exceed two pages.
(f) Provide relevant supporting documentation, which may be accepted at the discretion of the ICE.

The ICE will acknowledge your complaint with an ICE Receipt, or return the complaint to you for correction or with further instructions, within 10 days of receiving your complaint submission.

**A complaint will not be processed and a referral for disciplinary action may occur in accordance with Ch. DOC 303 if the complaint contains any of the following:**

(a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
(b) A foreign substance.

Each complaint may contain only one clearly identified issue. A complaint must contain sufficient information for the department to investigate and decide the complaint. An inmate may not file more than one complaint per calendar week except that any of the following are not subject to the filing restrictions contained in this paragraph:

(a) Complaints regarding the inmate's health and personal safety.
(b) Complaints made under PREA.

**Appeals shall meet all of the following requirements:**

(a) Be submitted on a form provided by the department.
(b) Be legibly handwritten or typed.
(c) Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
(d) Include the inmate's original signature.
(e) Not exceed 500 words total and not exceed two pages.
(f) Provide relevant supporting documentation, which may be accepted at the discretion of the CCE.
(g) Be limited to the issue raised in the original complaint.

**An appeal will not be processed and a referral for disciplinary action may occur in accordance with Ch. DOC 303 if the complaint contains any of the following:**

(a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
(b) A foreign substance.

**NOTE:** The ICRS is governed by the rules in chapter DOC 310, Wisconsin Administrative Code. For more information on using the ICRS, please review this chapter.

DISTRIBUTION: Original – ICTS

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-402 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# ICE REJECTION
# COMPLAINT NUMBER OSCI-2023-13136
# * * * ICRS CONFIDENTIAL * * *

**To:** HESS, KENNETH - #576406
UNIT: _Q-S2 -- Q266-_U
OSHKOSH CORRECTIONAL INSTITUTION
PO Box 3310
OSHKOSH, WI 54903-3310

**Complaint Information: REJECTED**

| | | | |
|---|---|---|---|
| Date Complaint Acknowledged: | 09/01/2023 | Inmate Contacted? | No |
| Date Complaint Received: | 09/01/2023 | | |

Subject of Complaint: 1 - Staff

Brief Summary: Staff mishandled medical emergency

Rejection Comment:
JF    Inmate Kenneth Hess complains that he had a medical emergency, informed Sgt. Crochiere and asked if she would contact HSU due to severe pain in his lower abdominal area, as well as fainting in the room earlier. He was told to fill out a blue slip. Inmate Hess signed this complaint on 08/09/23, and this complaint was received in the Oshkosh Correctional Institution (OSCI) Institution Complaint Examiner (ICE) Office on 08/31/23.

Inmate Hess is asking this complaint to be accepted as he starting writing the complaint on 08/12/23, but stopped when he contacted CPS Mohnen in an attempt to resolve the issue before filing the ICE.

Staff not property Handling his medical emergency is the incident giving rise to this complaint. While inmate Hess states the date of incident was 08/09/23, the ICE will put the date of incident down as 08/12/23, which is the date that he returned from the hospital and started writing the complaint. Considering inmate Hess became aware of this incident on 08/12/23, it is beyond the 14-day time limit to file a complaint. Inmate Hess submitted this complaint 20 days after 08/12/23; which is six (6) days past the 14-day time limit.

DOC 310.07(2) clarifies that an inmate shall file a complaint within 14 days after the occurrence giving rise to the complaint, and at the discretion of the ICE, a late complaint may be accepted for good cause, and when applicable, the inmate shall request to file a late complaint in the written complaint and explicitly provide the reason for the late filing. The ICE notes that there is no request within this complaint submission to accept this complaint as late; nor is there a reason listed for this late filing.

Also, upon arrival at OSCI, all inmates receive orientation in which they are instructed it is their responsibility to read and know the content in the OSCI Inmate Handbook. Pages 46 and 47 of the OSCI Inmate Handbook explains the Inmate Complaint Review System (ICRS), and specifically states, "After

Case 2:24-cv-00183-LA    Filed 02/06/24    Page 10 of 42    Document 1-2

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-402 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# ICE REJECTION
## COMPLAINT NUMBER OSCI-2023-13136
### * * * ICRS CONFIDENTIAL * * *

**To:** HESS, KENNETH - #576406
UNIT: _Q-S2 -- Q266-_U
OSHKOSH CORRECTIONAL INSTITUTION
PO Box 3310
OSHKOSH, WI 54903-3310

**Complaint Information: REJECTED**

contacting appropriate staff, ensure the complaint is submitted within the 14 day calendar time limit. DO NOT wait for staff response before submitting the complaint. List any attempts to contact staff (who and when) in the complaint submission."

Furthermore, considering the fact that inmate Hess has used the Inmate Complaint Review System (ICRS) four times previously, since 10/21/21, the ICE contends that inmate Hess understands the rules associated with the ICRS, which are found within Wisconsin Administrative Code DOC 310.

Inmate Hess fails to present any evidence that shows how he was denied the use of or inhibited in any way from using the ICRS since the date of the occurrence; 08/12/23, especially given the he purposely stopped writing the complaint while waiting to speak with CPS Mohnen.

This complaint is rejected as it fails to adhere to the stated filing requirement. The occurrence and date are clear. Good cause is not found.

Rejection Code: Beyond 14 calendar day limit

Decision Date: 10/11/2023

*J. Freund* - Institution Complaint Examiner

Per DOC 310.10(10), you may appeal the rejection of this complaint within 10 days to the appropriate reviewing authority. The reviewing authority will only review the basis for the rejection of this complaint, not the merits of the complaint.

If you wish to appeal, complete form DOC 2182 Request for Review of Rejected Complaint and send to:

Case 2:24-cv-00183-LA    Filed 02/09/24    Page 11 of 42    Document 1-2

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-402 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# ICE REJECTION
# COMPLAINT NUMBER OSCI-2023-13136
# * * * ICRS CONFIDENTIAL * * *

**To:** HESS, KENNETH - #576406
UNIT: _Q-S2 -- Q266-_U
OSHKOSH CORRECTIONAL INSTITUTION
PO Box 3310
OSHKOSH, WI 54903-3310

**Complaint Information: REJECTED**

INSTITUTION COMPLAINT EXAMINER
OSHKOSH CORRECTIONAL INSTITUTION
1730 W. SNELL ROAD
P. O. BOX 3530
OSHKOSH, WI 54903-3530

The reviewing authority's decision is final pursuant to s. DOC 310.10(10), Wis. Adm. Code.

b
DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-2193 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# ICE RECEIPT OF REJECTION APPEAL
# COMPLAINT NUMBER OSCI-2023-13136
# * * * ICRS CONFIDENTIAL * * *

**To:** HESS, KENNETH - #576406
UNIT: _Q-S2 -- Q266-_U
OSHKOSH CORRECTIONAL INSTITUTION
PO Box 3310
OSHKOSH, WI 54903-3310

**Complaint Information:**

Date Rejection Appeal Acknowledged: 10/19/2023

Date Rejection Appeal Received: 10/19/2023

Subject of Complaint: 1 - Staff

Brief Summary: Staff mishandled medical emergency

Your request for review of your rejected complaint has been received. The appropriate reviewing authority shall only review the basis for the rejection. You will receive a written decision from the reviewing authority. The reviewing authority's decision is final pursuant to s. DOC 310.10(10), Wis. Adm. Code.

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-2194 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

## REVIEWING AUTHORITY'S DECISION ON COMPLAINT REJECTION
## COMPLAINT NUMBER OSCI-2023-13136
## * * * ICRS CONFIDENTIAL * * *

**To:** HESS, KENNETH - #576406
UNIT: _Q-S2 -- Q266-_U
OSHKOSH CORRECTIONAL INSTITUTION
PO Box 3310
OSHKOSH, WI 54903-3310

**Complaint Information:**

Date Rejection Appeal Acknowledged: 10/19/2023

Date Rejection Appeal Received: 10/19/2023

Subject of Complaint: 1 - Staff

ICE's Rejection Reason: Beyond 14 calendar day limit

Reviewer's Decision: This complaint was appropriately rejected by the ICE in accordance with DOC 310.10(6).

Decision Date: 10/24/2023

C. Eplett - Warden

** ICRS CONFIDENTIAL **

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-400 (Rev. 3/2019)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# INMATE COMPLAINT

OFFICE USE ONLY

| DATE RECEIVED | COMPLAINT CODE | COMPLAINT FILE NUMBER |
|---|---|---|
| | | |

**INSTRUCTIONS FOR INMATE:**
- Complete **ALL** sections of this form
- You MUST use a DOC-400B, if additional space is needed.
- Do not use a highlighter or marker on this form. Do not staple or tape this form.
- The form may be returned to you if you submit an incomplete form or if you do not follow the instructions.
- Print clearly, illegible forms will not be processed. See reverse side for more information.

| INMATE NAME | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| Kenneth Hess | 576406 | Q | OSCI |

| LOCATION OF INCIDENT | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|
| Q-building | 8·9·23 | c.a. 7:00 am |

ANSWER THE FOLLOWING QUESTIONS IN THE SPACES PROVIDED:

Briefly state who or what is the **ONE** issue, of this complaint. What remedial action are you requesting?

Sargent Etsinger improperly handled my medical emergency. Remedial Action is: For him to be held accountable for denying my medical emergency, and to be retrained to avoid future mishaps.

With whom did you attempt to resolve your **ONE** issue, and what was the result of this attempt, prior to submitting this complaint? Send any documentation you have, that supports your attempt to resolve your claims.

I tried to resolve my issue with CPS R. Mohnen. The result was that nothing cognizable has been done. (I am waiting on copies of the documentation that supports my attempt from the law library, I will send it as soon as I receive it back.)

What are the details surrounding this complaint?

On Wednesday, 8·9·23 around 7am I started getting severe lower abdominal pains. After a few hours the pain got worse to almost unbearable, on a scale of 1-10, they were a 7. I also experienced vomiting and constipation.

Finally at 5:15pm I asked Sgt. Etsinger if he would contact HSU because I couldn't take the pain anymore and it was still getting worse. He told me to fill out a blue slip. I then said it was an emergency and I was in serious extreme pain. Etsinger again repeated fill out a blue slip. I took a blue slip as instructed and filled it out.

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| | 8-31-23 |

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-400 (Rev. 3/2019)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# **INSTRUCTIONS**

The department shall maintain an inmate complaint review system that shall be accessible to all inmates in institutions. Prior to filing a formal complaint, you must attempt to resolve the issue by following the designated process specific to the subject of the complaint. If you have not done so, the Institution Complaint Examiner (ICE) may direct you to do so.

Each complaint shall meet all of the following requirements:

**(a)** Be submitted on a complaint form provided by the department.

**(b)** Be legibly handwritten or typed.

**(c)** Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.

**(d)** Include the inmate's original signature.

**(e)** Not exceed 500 words total and not exceed two pages.

**(f)** Provide relevant supporting documentation, which may be accepted at the discretion of the ICE.

The ICE will acknowledge your complaint with an ICE Receipt, or return the complaint to you for correction or with further instructions, within 10 days of receiving your complaint submission. A complaint will not be processed and a referral for disciplinary action may occur in accordance with ch. DOC 303 if the complaint contains any of the following:

(a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.

(b) A foreign substance.

Each complaint may contain only one clearly identified issue.

A complaint must contain sufficient information for the department to investigate and decide the complaint.

An inmate may not file more than one complaint per calendar week except that any of the following are not subject to the filing restrictions contained in this paragraph:

(a) Complaints regarding the inmate's health and personal safety.

(b) Complaints made under PREA.

**NOTE:** The ICRS is governed by the rules in chapter DOC 310, Wisconsin Administrative Code. For more information on using the ICRS, please review this chapter.

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400B (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter 310

## INMATE COMPLAINT/APPEAL (CONTINUED)

| INMATE NAME | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| Kenneth A. Hess | 576406 | Q | OSCI |

After this, I waited until shift change at 6:30pm, where I could ask the next Sargent the same (this is explained further in a similar I.C.I).

The next morning I was called down to HSU. The staff there told me, after doing a test and getting the results back, that my white blood cells count were elevated and that something was seriously wrong. Then the HSU staff rushed me to the emergency room by ambulance. More tests were done at the hospital, including a CT scan. Within a short time, they said I had to have surgery to remove my appendix, appendicitis. The Nurse at the hospital told me that as soon as they got me open, my appendix exploded when they touched it.

After my return from the hospital and surgery, I wrote to Unit Manager R. Mohnen in an attempt to resolve the issue I have, as instructed as a prerequisite to filing an I.C.I. I explained in detail the situation and requested that she take action to hold Sgt. Etsinger (and the other involved Sargent) both accountable for their denial of my medical emergency and the anxiety, pain and stress I was unnecessarily subject to, and still am. She said she received my letter, but to date nothing cognizable has been done.

I believe Sgt. Etsinger showed a lack of concern and care for my pleas for help, and disregarded my reported severe and sudden pain and symptoms. He did not take me seriously and improperly denied me immediate medical care that I believe would have mitigated the damage done to my health and body, had he called for a medical emergency as I asked. He caused me unnecessary exposure to pain, anxiety and stress. He should be held liable for this his actions (or inaction) and should be properly retrained to handle inmate medical care.

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| | 8-31-23 |

DISTRIBUTION: Original – ICTS

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-400B (Rev. 3/2019)

**WISCONSIN**
Administrative Code
Chapter 310

# INSTRUCTIONS

The Department shall maintain an inmate complaint review system that shall be accessible to all inmates in institutions. Prior to filing a formal complaint, you must attempt to resolve the issue by following the designated process specific to the subject of the complaint. If you have not done so, the Institution Complaint Examiner (ICE) may direct you to do so.

Each complaint shall meet all of the following requirements:

(a) Be submitted on a complaint form provided by the department.
(b) Be legibly handwritten or typed.
(c) Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
(d) Include the inmate's original signature.
(e) Not exceed 500 words total and not exceed two pages.
(f) Provide relevant supporting documentation, which may be accepted at the discretion of the ICE.

The ICE will acknowledge your complaint with an ICE Receipt, or return the complaint to you for correction or with further instructions, within 10 days of receiving your complaint submission.

**A complaint will not be processed and a referral for disciplinary action may occur in accordance with Ch. DOC 303 if the complaint contains any of the following:**

(a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
(b) A foreign substance.

Each complaint may contain only one clearly identified issue. A complaint must contain sufficient information for the department to investigate and decide the complaint. An inmate may not file more than one complaint per calendar week except that any of the following are not subject to the filing restrictions contained in this paragraph:

(a) Complaints regarding the inmate's health and personal safety.
(b) Complaints made under PREA.

**Appeals shall meet all of the following requirements:**

(a) Be submitted on a form provided by the department.
(b) Be legibly handwritten or typed.
(c) Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
(d) Include the inmate's original signature.
(e) Not exceed 500 words total and not exceed two pages.
(f) Provide relevant supporting documentation, which may be accepted at the discretion of the CCE.
(g) Be limited to the issue raised in the original complaint.

**An appeal will not be processed and a referral for disciplinary action may occur in accordance with Ch. DOC 303 if the complaint contains any of the following:**

(a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
(b) A foreign substance.

**NOTE:** The ICRS is governed by the rules in chapter DOC 310, Wisconsin Administrative Code. For more information on using the ICRS, please review this chapter.

**DISTRIBUTION:** Original – ICTS

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-402 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# AMENDED ICE REJECTION
# COMPLAINT NUMBER OSCI-2023-13135
# * * * ICRS CONFIDENTIAL * * *

**To:** HESS, KENNETH - #576406
UNIT: _Q-S2 -- Q266-_U
OSHKOSH CORRECTIONAL INSTITUTION
PO Box 3310
OSHKOSH, WI 54903-3310

## Complaint Information: REJECTED

| | |
|---|---|
| Date Complaint Acknowledged: | 09/01/2023 |
| Date Complaint Received: | 09/01/2023 |
| Subject of Complaint: | 1 - Staff |
| Brief Summary: | Staff mishandled medical emergency |

Inmate Contacted? No

Rejection Comment:

JF    Inmate Kenneth Hess complains that he had a medical emergency, informed Sgt. Etsinger and asked if he would contact HSU due to amount of pain he was in and was told to fill out a blue slip. Inmate Hess signed this complaint on 08/09/23, and this complaint was received in the Oshkosh Correctional Institution (OSCI) Institution Complaint Examiner (ICE) Office on 08/31/23.

Inmate Hess is asking this complaint to be accepted as he starting writing the complaint on 08/12/23, but stopped when he contacted CPS Mohnen in an attempt to resolve the issue before filing the ICE.

Staff not property Handling his medical emergency is the incident giving rise to this complaint. While inmate Hess states the date of incident was 08/09/23, the ICE will put the date of incident down as 08/12/23, which is the date that he returned from the hospital and started writing the complaint. Considering inmate Hess became aware of this incident on 08/12/23, it is beyond the 14-day time limit to file a complaint. Inmate Hess submitted this complaint 20 days after 08/12/23; which is six (6) days past the 14-day time limit.

DOC 310.07(2) clarifies that an inmate shall file a complaint within 14 days after the occurrence giving rise to the complaint, and at the discretion of the ICE, a late complaint may be accepted for good cause, and when applicable, the inmate shall request to file a late complaint in the written complaint and explicitly provide the reason for the late filing.

Also, upon arrival at OSCI, all inmates receive orientation in which they are instructed it is their responsibility to read and know the content in the OSCI Inmate Handbook. Pages 46 and 47 of the OSCI Inmate Handbook explains the Inmate Complaint Review System (ICRS), and specifically states, "After contacting appropriate staff, ensure the complaint is submitted within the 14 day calendar time limit. DO NOT wait for staff response before submitting the

Case 2:24-cv-00183-LA    Filed 02/09/24    Page 19 of 42    Document 1-2

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-402 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# AMENDED ICE REJECTION
# COMPLAINT NUMBER OSCI-2023-13135
# * * * ICRS CONFIDENTIAL * * *

**To:** HESS, KENNETH - #576406
UNIT: _Q-S2 -- Q266-_U
OSHKOSH CORRECTIONAL INSTITUTION
PO Box 3310
OSHKOSH, WI  54903-3310

**Complaint Information: REJECTED**

complaint.  List any attempts to contact staff (who and when) in the complaint submission."

Furthermore, considering the fact that inmate Hess has used the Inmate Complaint Review System (ICRS) four times previously, since 10/21/21, the ICE contends that inmate Hess understands the rules associated with the ICRS, which are found within Wisconsin Administrative Code DOC 310.

Inmate Hess fails to present any evidence that shows how he was denied the use of or inhibited in any way from using the ICRS since the date of the occurrence; 08/12/23, especially given the he purposely stopped writing the complaint while waiting to speak with CPS Mohnen.

This complaint is rejected as it fails to adhere to the stated filing requirement. The occurrence and date are clear.  Good cause is not found.

Rejection Code: Beyond 14 calendar day limit

Decision Date: 10/11/2023

*J. Freund* - Institution Complaint Examiner

Per DOC 310.10(10), you may appeal the rejection of this complaint within 10 days to the appropriate reviewing authority.  The reviewing authority will only review the basis for the rejection of this complaint, not the merits of the complaint.

If you wish to appeal, complete form DOC 2182 Request for Review of Rejected Complaint and send to:

INSTITUTION COMPLAINT EXAMINER
OSHKOSH CORRECTIONAL INSTITUTION
1730 W. SNELL ROAD
P. O. BOX 3530
OSHKOSH, WI  54903-3530

Print Date: October 11, 2023      Page 2 of 3      Institution Complaint Examiner's Office
ICRS CONFIDENTIAL
Case 2:24-cv-00183-LA    Filed 02/09/24    Page 20 of 42    Document 1-2

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-402 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# AMENDED ICE REJECTION
# COMPLAINT NUMBER OSCI-2023-13135
# * * * ICRS CONFIDENTIAL * * *

**To:** HESS, KENNETH - #576406
UNIT: _Q-S2 -- Q266-_U
OSHKOSH CORRECTIONAL INSTITUTION
PO Box 3310
OSHKOSH, WI 54903-3310

**Complaint Information: REJECTED**

The reviewing authority's decision is final pursuant to s. DOC 310.10(10), Wis. Adm. Code.

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-2194 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# REVIEWING AUTHORITY'S DECISION ON COMPLAINT REJECTION
## COMPLAINT NUMBER OSCI-2023-13135
### * * * ICRS CONFIDENTIAL * * *

**To:** HESS, KENNETH - #576406
UNIT: _Q-S2 -- Q266-_U
OSHKOSH CORRECTIONAL INSTITUTION
PO Box 3310
OSHKOSH, WI  54903-3310

**Complaint Information:**

| | |
|---|---|
| Date Rejection Appeal Acknowledged: | 10/19/2023 |
| Date Rejection Appeal Received: | 10/19/2023 |
| Subject of Complaint: | 1 - Staff |
| ICE's Rejection Reason: | Beyond 14 calendar day limit |
| Reviewer's Decision: | This complaint was appropriately rejected by the ICE in accordance with DOC 310.10(6). |
| Decision Date: | 10/24/2023 |

C. Eplett - Warden

Print Date: October 24, 2023          Page 1 of 1          Reviewer's Office
** ICRS CONFIDENTIAL **
Case 2:24-cv-00183-LA     Filed 02/09/24     Page 22 of 42     Document 1-2

On Wednesday 8-9-23 I started having sever
pains in my lower abdominal area. Thinking it
was just a gas bubble I delt with the pain
the best I could thinking it would pass. As the
day went on the pain got substantially worse and
I started to vomit violently. Around 5:15 pm
I informed the Sgt on duty, Sgt Etsinger, what
was going on about the sever pain and violent
vomiting while I was craddling my belly and
asked him to call HSU for emergency medical.
Sgt Etsinger told me no and to fill out a
blue slip (DOC-3035) I asked Sgt Etsinger again
stating again I was in sever pain, craddling
my belly in my arms and vomiting violently.
Again Sgt Etsinger told me no and to fill out
a blue slip. I grabbed a blue slip knowing
Sgt Etsinger wasn't going to do anything and
retreated to my cell. I knew second shift would
be on at 6:30 pm so I figured I would
try again then. When second shift was on
I went down to the officers desk to ask
the Sgt, Sgt Crochiere, if she would call
medical emergency and while still craddling
my belly explained to her I was have sever
pains and vomiting violently. Sgt Crochiere told
me to fill out a blue slip also and stated

1

there is no doctor on duty right now and the nursing staff wont be much help. I filled out the blue slip(DOC-3035) as instructed losing hope, feeling weak, ill and in pain. I knew I wasn't going to get help. That night things got even worse. The pain became agonizing and the vomiting more violent. I started throwing up so hard it felt as if my stomach was about to come out and my vomit turned black and smelled so bad. I kept my cellie up most the night. The following morning 8-10-23 HSU called me down. Still craddling my belly I went to HSU. I explained to the Doctor that seen me about my agonizing pain and vomiting. A nurse seen me first and she went to get the doctor. They did lab work and sent me back to my unit. A couple hours later I was called back to HSU. The same doctor told me my white cells were elevated and something was definately wrong. They called for and ambulance and I was transported to the emergency room. There I told my ~~story~~ situation again and they took lab work and did a CT scan. Very shortly after they told me I had to have an emergency appendectomy. My appendix burst as they started

2

to operate I was told after I woke when the surgery was over. I stayed in the hospital for 2 days and was sent back to OSCI on 8-12-23. Even though I just had surgery they still had me on upper tier top bunk. A few days after I was back at OSCI on Thursday 8-17-23 I was sleeping and awoken startled by the count bell. I was so startled I leaped off the top bunk with 1 foot landing on the desk chair and the other foot landing on the ground. I instantly felt a slight pain in the same area as before my surgery. The mild pain continued until the Saturday, 8-19-23 when I told the C.O. on duty, that C.O. told me to inform the Sgt which happened to be Sgt Etsinger again. I informed the C.O. I can no longer trust Sgt Etsinger to my health or best interest. The C.O. then called HSU and had me go there. I informed HSU of the pain and what happened on Thursday when I was startled. They had me go back to the hospital and another CT scan was done. I developed a puss bubble where my appendix was removed and I was told I had to have a surgery called
drain tube procedure. It's where they

put you on a CT scan table, give you pain medicine through a IV and guide a 10" to 12" inch needle through my side into the bubble. that hurts. I was in the hospital until the following tuesday 8-22-23 to which I was then put on lower bunk restriction. During a follow up at the hospital the Doctor told me I was lucky my appendix didn't burst during the night because it was perforated. Leaping off the bunk from startled is what probably squeezed some waste out the appendix area which lead to the infection. That's my opinion but I should been placed on lower bunk to begin with.

---

## *Correspondence*

Document Type:                    Patient Letter
Service Date/Time:                8/15/2023 05:38 CDT
Result Status:                    Auth (Verified)
Document Subject:                 AHSM Copay Dispute Response
Sign Information:

HESS, KENNETH
DOC# 000576406

August 15, 2023


KENNETH HESS

Mr. Hess,

I received your request for a medical copay dispute. A chart review was performed. According to your records, you were seen for abdominal pain and vomiting on 8/10/23. Please note, per DAI 316.00.01, *"inmate patients shall be charged a $7.50 copayment for each instance where a face-to-face contact with a health care provider is the result of an inmate patient-initiated request for services."* Due to your appointment resulting in an emergent hospital admission for an appendectomy, I am electing to refund your medical copay. I have already contacted the business office to refund your account. On behalf of the health services unit please accept our apologies.

Respectfully submitted,

Kelly Pelky, RN
OSCI Assistant HSU Manager


Health Services Unit Staff

Document Type:                    Patient Letter
Service Date/Time:                8/15/2023 05:38 CDT
Result Status:                    Auth (Verified)
Document Subject:                 AHSM Copay Dispute Response
Sign Information:

HESS, KENNETH
DOC# 000576406

August 15, 2023

---

| *Correspondence* |
|---|

KENNETH HESS

Mr. Hess,

I received your request for a medical copay dispute. A chart review was performed. According to your records, you were seen for abdominal pain and vomiting on 8/10/23. Please note, per DAI 316.00.01, *"inmate patients shall be charged a $7.50 copayment for each instance where a face-to-face contact with a health care provider is the result of an inmate patient-initiated request for services."* Due to your appointment resulting in an emergent hospital admission for an appendectomy, I am electing to refund your medical copay. I have already contacted the business office to refund your account. On behalf of the health services unit please accept our apologies.

Respectfully submitted,

Kelly Pelky, RN
OSCI Assistant HSU Manager

Health Services Unit Staff

Document Type:                          Patient Letter
Service Date/Time:                      8/14/2023 18:40 CDT
Result Status:                          Auth (Verified)
Document Subject:                       Letter - Normal Results
Sign Information:

HESS, KENNETH
DOC# 000576406

August 14, 2023

KENNETH HESS

Mr. Hess,

The blood test showed you are not allergic to cinnamon. You may have an intolerance still. Best to avoid foods containing cinnamon if you think they are causing problems. You don't need a special diet however.

Sincerely,

Dr. Murphy

Report Request ID:  7384517                          Print Date/Time:  1/23/2024 10:38 CST

* Modified *

RECEIVED 08/15/2023 13:47

08/15/23  14:54:28  Ascension          ->                    Ascension          Page 021

 **Ascension**

Ascension Northeast Wisconsin Hess, Kenneth
Mercy Hospital                    MRN: E1257116, DOB: 1/10/1974, Sex: M
500 S. Oakwood Rd.                Adm: 8/10/2023, D/C: 8/12/2023
OSHKOSH WI 54904-7944

08/10/2023 - ED to Hosp-Admission (Discharged) in Ascension Mercy Medical Surgical records until 8/11/2023

### ED Provider Note

#### ED Update by Merideth, Katie, MD at 8/11/2023 0218

I Merideth, Katie, MD have independently interviewed and examined this patient. I have discussed key elements of the care plan with our Advanced Practice Provider and I agree with the findings and care plan.

Patient presents to the emergency room with complaints of abdominal pain that is been ongoing since Monday. Patient has tenderness in the right lower quadrant. He is tachycardic and febrile. Concern for acute appendicitis.

IV abscess is established and sepsis protocol is initiated. Patient was started on antibiotics. CT scan was obtained. CT scan is concerning for appendicitis. Patient will be admitted to general surgery for further evaluation management

Merideth, Katie, MD
08/11/23 0227

Electronically signed by Merideth, Katie, MD at 8/11/2023 2:27 AM

#### ED Provider Notes by Nencka, James D, APNP at 8/10/2023 1925

Procedure Orders
1. Critical Care [1263135139] ordered by Nencka, James D, APNP

#### Attestation signed by Merideth, Katie, MD at 8/11/2023 2:58 AM

I, Merideth, Katie, MD, have been involved in the care of this patient with the Advanced Practice Clinician by obtaining History, confirming Physical Examination details, or sharing in Medical Decision Making. Please refer to ed update note

# HISTORY

### HISTORY LIMITATION
None

### ARRIVAL MODE
Ambulance

### CHIEF COMPLAINT
Abdominal Pain

### HISTORY OF PRESENT ILLNESS
Kenneth Hess is a 49 y.o. male presenting to the emergency department today for evaluation of lower right quadrant abdominal pain. Patient reports that the pain started suddenly yesterday after having some toast. Reports throughout the day the pain had become more severe. He states that he was having some vomiting as well. States that throughout the day department did become a little bit darker. He denies any blood in his stool. He reports that the abdominal pain has been worsening and was told that he had a fever in the ambulance. Correctional facility did obtain a CBC without differential on the patient which did show a white count of 24,000.

Hess, Kenneth (MR # E1257116) Printed at 8/15/23 12:05 PM                    Page 1 of 13

* Modified *

RECEIVED 08/15/2023 13:47

08/15/23 14:55:41 Ascension → Ascension Page 022

**Ascension**

Ascension Northeast Wisconsin Hess, Kenneth
Mercy Hospital    MRN: E1257116, DOB: 1/10/1974, Sex: M
500 S. Oakwood Rd.    Adm: 8/10/2023, D/C: 8/12/2023
OSHKOSH WI 54904-7944

08/10/2023 - ED to Hosp-Admission (Discharged) in Ascension Mercy Medical Surgical; records until 8/11/2023 (continued)

ED Provider Note (continued)

# HEALTH STATUS

### MEDICAL HISTORY
Problem List:
There are no relevant problems documented for this patient.

### SURGICAL HISTORY
No past surgical history on file.

### FAMILY HISTORY
Relevant family history has been mentioned in the HPI or was otherwise deemed not pertinent to today's reason for visit.

### MEDICATIONS
No current outpatient medications

### ALLERGIES
Patient has no allergy information on record.

### SOCIAL HISTORY

Social History

Tobacco Use:
• Smoking status:          Not on file
Substance Use Topics
• Alcohol use:             Not on file
• Drug use:                Not on file

# EXAMINATION

### VITAL SIGNS

Patient Vitals for the past 24 hrs:

| | BP | Temp | Pulse | Resp | SpO2 |
|---|---|---|---|---|---|
| 08/10/23 2030 | 116/79 | | | | 90 % |
| 08/10/23 1930 | 126/87 | 103 °F (39.4 °C) | 98 | 20 | 92 % |

### PHYSICAL EXAM
**Physical Exam**
Constitutional:
    Appearance: He is ill-appearing and toxic-appearing.
Cardiovascular:
    Rate and Rhythm: Tachycardia present.
Abdominal:
    Tenderness: There is abdominal tenderness in the right lower quadrant. Positive signs include McBurney's sign. Negative signs include Murphy's sign.
Hess, Kenneth (MR # E1257116) Printed at 8/15/23 12:05 PM                Page 2 of 13

\* Modified \*

RECEIVED 08/15/2023 13:47



**Ascension**

Ascension Northeast Wisconsin Hess, Kenneth
Mercy Hospital     MRN: E1257116, DOB: 1/10/1974, Sex: M
500 S. Oakwood Rd.     Adm: 8/10/2023, D/C: 8/12/2023
OSHKOSH WI 54904-7944

08/10/2023 - ED to Hosp-Admission (Discharged) in Ascension Mercy, Medical Surgical: records until 8/11/2023 (continued)

**ED Provider Note (continued)**

Musculoskeletal:
  Cervical back: No rigidity.
Lymphadenopathy:
  Cervical: No cervical adenopathy.
Neurological:
  Mental Status: He is alert.

# DIAGNOSTICS AND PROCEDURES

**LABS**

Recent Results (from the past 24 hour(s))
Hemogram
  Collection Time: 08/10/23 8:22 AM

| Result | Value | Ref Range |
|---|---|---|
| WBC | 24.7 (H) | 4.0 - 10.0 Thou/uL |
| RBC | 5.11 | 4.30 - 5.90 Mill/uL |
| Hemoglobin | 14.5 | 13.0 - 17.0 g/dL |
| Hct | 43.0 | 39 - 51 % |
| MCV | 84.2 | 79.0 - 99.0 FL |
| MCH | 28.4 | 26.0 - 34.0 pg |
| MCHC | 33.8 | 32.0 - 36.0 g/dL |
| RDW | 13.9 | 11.5 - 14.5 % |
| Platelets | 293 | 150 - 400 Thou/uL |
| Mean Platelet Volume | 8.8 | 7.0 - 11.0 FL |

Lactic Acid Reflex
  Collection Time: 08/10/23 7:27 PM

| Result | Value | Ref Range |
|---|---|---|
| Lactic Acid | 2.5 (H) | 0.5 - 2 mmol/L |

Metabolic Panel, Comprehensive (CMP)
  Collection Time: 08/10/23 7:27 PM

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 137 | 136 - 145 mmol/L |
| Potassium | 3.6 | 3.5 - 5.1 mmol/L |
| Chloride | 99 (L) | 100 - 110 mmol/L |
| Total CO2 | 23 | 22 - 29 mmol/L |

Hess, Kenneth (MR # E1257116) Printed at 8/15/23 12:05 PM

NLCI

* Modified *

RECEIVED 08/15/2023 13:47

08/15/23 14:57:42 Ascension


Ascension

-->
Ascension Northeast Wisconsin Hess, Kenneth
Mercy Hospital
500 S. Oakwood Rd.
OSHKOSH WI 54904-7944

Ascension

Page 024

MRN: E1257116, DOB: 1/10/1974, Sex: M
Adm: 8/10/2023, D/C: 8/12/2023

## 08/10/2023 - ED to Hosp-Admission (Discharged) in Ascension Mercy, Medical Surgical: records until 8/11/2023 (continued)

**ED Provider Note (continued)**

| | | |
|---|---|---|
| Glucose | 138 (H) | 74 - 99 mg/dL |
| BUN | 19 | 7 - 26 mg/dL |
| Creatinine | 0.85 | 0.60 - 1.30 mg/dL |
| Calcium | 9.4 | 8.0 - 10.8 mg/dL |
| Total Protein | 7.6 | 6.2 - 8.3 g/dL |
| Albumin | 4.40 | 3.50 - 5.20 g/dL |
| Alkaline Phosphatase | 78 | 40 - 121 U/L |
| ALT (Alanine Aminotransferase) | 9 | 0 - 55 U/L |
| AST (SGOT) | 12 | 5 - 40 U/L |
| Bilirubin, Total | 0.9 | 0.2 - 1.2 mg/dL |
| BUN/Creatinine Ratio | 22 (H) | 10 - 20 Ratio |
| GFR | >60 | mL/min/1.73 sqm |
| Anion Gap | 19 | 5 - 20 mmol/L |
| Albumin/Globulin Ratio | 1.4 | 1.0 - 2.2 Ratio |

Hemogram w/Differential
Collection Time: 08/10/23 7:27 PM

| Result | Value | Ref Range |
|---|---|---|
| WBC | 25.7 (H) | 4.0 - 10.0 Thou/uL |
| RBC | 5.37 | 4.30 - 5.90 Mill/uL |
| Hemoglobin | 14.7 | 13.0 - 17.0 g/dL |
| Hct | 45.5 | 39 - 51 % |
| MCV | 84.8 | 79.0 - 99.0 FL |
| MCH | 27.4 | 26.0 - 34.0 pg |
| MCHC | 32.3 | 32.0 - 36.0 g/dL |
| RDW | 14.0 | 11.5 - 14.5 % |
| Platelets | 266 | 150 - 400 Thou/uL |
| Mean Platelet Volume | 8.3 | 7.0 - 11.0 FL |

Differential Manual
Collection Time: 08/10/23 7:27 PM

| Result | Value | Ref Range |
|---|---|---|
| Segmented Neutrophils | 88 (H) | 42 - 76 % |
| Lymphocytes | 8 (L) | 15 - 45 % |

Hess, Kenneth (MR # E1257116) Printed at 8/15/23 12:05 PM

HESS, KENNETH
1/10/1974

000576406
202106100740576406

\* Modified \*

RECEIVED 08/15/2023 13:47



08/15/23 14:58:28 Ascension

Ascension Northeast Wisconsin Hess, Kenneth
Mercy Hospital
500 S. Oakwood Rd.
OSHKOSH WI 54904-7944

→ Ascension Page 825

MRN: E1257116, DOB: 1/10/1974, Sex: M
Adm: 8/10/2023, D/C: 8/12/2023

08/10/2023 - ED to Hosp-Admission (Discharged) in Ascension Mercy, Medical Surgical, records until 8/11/2023 (continued)

**ED Provider Note (continued)**

| | | | |
|---|---|---|---|
| Monocytes | 4 | 4 - 11 % | |
| Absolute Segmented | 22.6 (H) | 1.6 - 7.5 | |
| Neutrophils | | 10*3/uL | |
| Absolute Neutrophils | 22.6 | 10*3/uL | |
| Absolute | 2.1 | 1.1 - 4.0 | |
| Lymphocytes | | 10*3/uL | |
| Absolute Monocytes | 1.0 | 0.3 - 1.0 | |
| | | 10*3/uL | |

**IMAGING**

CT Abdomen Pelvis W Contrast:
Final Result
CT ABDOMEN AND PELVIS WITH CONTRAST

INDICATION: Appendicitis

COMPARISON: None

TECHNIQUE: Helical CT was performed through the
abdomen and pelvis with IV
contrast. Automated exposure control was utilized.

FINDINGS:
Visualized lung bases: Clear.

Bones: Negative

Liver: There are small hypodense foci scattered
throughout the liver which
are too small to further characterize on this exam but
most likely
represent hepatic cysts.

Gallbladder: Unremarkable

Spleen: Unremarkable

Pancreas: Unremarkable

Adrenal glands: Unremarkable

Kidneys: Unremarkable

Vasculature: Unremarkable

Bowel: Dilated fluid-filled appendix measuring up to
1.9 cm in diameter.
There is extensive periappendiceal fat stranding in the
right lower
quadrant. Small amount of free fluid. No loculated fluid
collection to
Hess, Kenneth (MR # E1257116) Printed at 8/15/23 12:05 PM

Page 5 of 13

HESS, KENNETH
1/10/1974

000576406
202106100740576406

* Modified *

RECEIVED 08/15/2023 13:47

08/15/23 14:59:01 Ascension 

->
Ascension Northeast Wisconsin Hess, Kenneth
Mercy Hospital
500 S. Oakwood Rd.
OSHKOSH WI 54904-7944

Ascension                          Page 026
MRN: E1257116, DOB: 1/10/1974, Sex: M
Adm: 8/10/2023, D/C: 8/12/2023

**08/10/2023 - ED to Hosp-Admission (Discharged) in Ascension Mercy, Medical Surgical: records until 8/11/2023 (continued)**

**ED Provider Note (continued)**

suggest abscess. There is no free
intraperitoneal air to suggest perforation. There are no
dilated loops of
bowel.

Peritoneal cavity: No free fluid or adenopathy

Abdominal wall: Intact

Pelvis: No mass, adenopathy, or free fluid

IMPRESSION:

Findings are consistent with acute appendicitis. No
evidence of abscess or
perforation.

Findings reported to nurse practitioner, James, today
at 8:43 PM with
repeat back.

Lisa Roller, M.D.
Radiology Associates of the Fox Valley, S.C.

RAFVCC
I.2

Electronically Signed By: Lisa Roller, MD on
8/10/2023 8:44 PM CDT

**EKG AND PROCEDURES**
**Critical Care**
Performed by: **Nencka, James D, APNP**
Authorized by: **Merideth, Katie, MD**

Critical care provider statement:
  Critical care time (minutes): **40**
  Critical care was necessary to treat or prevent imminent or life-threatening deterioration of the following conditions:
**Sepsis**
  Critical care was time spent personally by me on the following activities: **Ordering and performing treatments and
interventions, ordering and review of laboratory studies, ordering and review of radiographic studies,
examination of patient and discussions with consultants**

**ADMINISTERED MEDICATIONS**

Medications
electrolyte-R (pH 7.4)/electrolyte-A (NORMOSOL-R (pH

Hess, Kenneth (MR # E1257116) Printed at 8/15/23 12:05 PM

Page 6 of 13

HESS, KENNETH
1/10/1974

000576406
202106100740576406

* Modified *

RECEIVED 08/15/2023 13:47



08/15/23 15:04:54 Ascension -> Ascension Page 032

**Ascension**

Ascension Northeast Wisconsin Hess, Kenneth
Mercy Hospital MRN: E1257116, DOB: 1/10/1974, Sex: M
500 S. Oakwood Rd. Adm: 8/10/2023, D/C: 8/12/2023
OSHKOSH WI 54904-7944

08/10/2023 - ED to Hosp-Admission (Discharged) in Ascension Mercy; Medical Surgical; records until
8/11/2023 (continued)

Clinical Notes (continued)

**Procedure(s):**
Procedure: APPENDECTOMY, LAPAROSCOPIC
CPT(R) Code: 44970 - PR LAPAROSCOPIC APPENDECTOMY

**Duration:**
35 minutes

**Findings:**
Acute perforated appendicitis, localized.

**Estimated Blood Loss:**
Minimal

**Specimens:**

| ID | Type | Source | Tests | Collected by | Time | Destination |
|---|---|---|---|---|---|---|
| 1 : | Tissue | Appendix | SURGICAL PATHOLOGY EXAM | Foley, Michael J, MD | 8/10/2023 2254 | |

**Complications:**
None

**Tecnique:**
After consent and identification of correct patient procedure, the patient was brought to the operating room and underwent general endotracheal anesthesia without difficulty. The patient was then prepped and draped in sterile fashion. Appropriate timeout was observed and performed.

0.25% Marcaine with epinephrine was injected into the skin, subcutaneous, and fascial tissues at all proposed skin incision sites. Infraumbilical incision was made and a 5 mm dilating Visiport trocar was placed under direct camera visualization into the abdominal cavity without difficulty. Pneumoperitoneum was then obtained to a pressure of 15 mmHg. Camera was inserted and the intra-abdominal cavity was inspected. No underlying visceral or vessel injury was noted. Under direct camera visualization a 12 mm dilating trocar was placed in the suprapubic position and one 5 mm dilating trochar was placed in the left lower quadrant. Patient was then placed in a left lateral and slight Trendelenburg position.

An acutely inflamed and locally perforated appendix was found in the retrocecal position. Careful blunt and LigaSure dissection was carried out to mobilize and divide the mesoappendix down to the base of the appendix, flush with the cecum. A 3.5 mm / 60 mm Endo GIA stapler was then used to divide the appendix flush with the cecum. Specimen was placed in an Endo Catch bag and removed through the suprapubic port without difficulty. Inspection of the staple line revealed no leak and no bleeding noted along the mesoappendix or staple line. The remainder of the intra-abdominal cavity was inspected and surface anatomy of all organs was noted to be normal. I did irrigate the right paracolic gutter and the pelvis to remove any purulence and pus which was minimal.

Under direct camera visualization the suprapubic fascial defect was closed with a 2-0 PDS on an Endo Close device. Pneumoperitoneum was reversed. Trochars were removed. Fascial stitch tied down. Skin closed with 4-0 subcuticular Monocryl and cyanoacrylate glue. The remainder of the local anesthetic was injected into the skin, subcutaneous, and fascial tissues at all wounds totalling 50 mls.

Hess, Kenneth (MR # E1257116) Printed at 8/15/23 12:05 PM

Page 12 of 13

RECEIVED
AUG 1 5 2023
CSCI- HSU

\* Modified \*

RECEIVED 08/15/2023 13:47

08/15/23  15:04:10  Ascension

**Ascension**

->
Ascension Northeast Wisconsin Hess, Kenneth
Mercy Hospital
500 S. Oakwood Rd.
OSHKOSH WI 54904-7944

Ascension                     Page 031
MRN: E1257116, DOB: 1/10/1974, Sex: M
Adm: 8/10/2023, D/C: 8/12/2023

08/10/2023 - ED to Hosp-Admission (Discharged) in Ascension Mercy, Medical Surgical: records until 8/11/2023 (continued)

**Discharge Summary (continued)**

This is shared care, examined and discussed the care plan with Dr. Michael Foley.

Total time spent with the patient today was 20 minutes. This included review of any pertinent labs or tests for the day, review of the medical record, discussion with other health care providers if applicable, and evaluation of the patient.

Wright, Tosha APNP
General Surgery Suite #310

Electronically signed by Wright, Tosha, APNP at 8/11/2023 11:20 AM
Electronically signed by Foley, Michael J, MD at 8/11/2023 4:26 PM

**Clinical Notes**

08/10/2023

Op Note by Foley, Michael J, MD at 8/10/2023 2228

| | | |
|---|---|---|
| Author: Foley, Michael J, MD | Service: Surgery | Author Type: Physician |
| Filed: 8/11/2023 12:44 AM | Date of Service: 8/10/2023 10:28 PM | Status: Signed |
| Editor: Foley, Michael J, MD (Physician) | | |

**OPERATIVE REPORT**

Kenneth Hess
8/10/2023 - 8/11/2023

**Surgeon(s):**
Surgeon(s):
Foley, Michael J, MD

**Assistant(s):**
None

**Anesthesiologist:**
CRNA: Feagan, Jenny M, CRNA

**Anesthesia:**
General

**Staff:**
Circulator: Wilhelm, Alyssa, RN
Surgical Tech: Lyon, Mary, RN

**Preoperative Diagnosis:**
Pre-op Diagnosis
* Appendicitis, unspecified appendicitis type [K37]

**Postoperative Diagnosis:**
Post-Op Diagnosis Codes:
* Appendicitis, unspecified appendicitis type [K37]

RECEIVED

AUG 1 5 2023

OSCI- HSU

Hess, Kenneth (MR # E1257116) Printed at 8/15/23 12:05 PM

Page 11 of 13

* Modified *

RECEIVED 08/15/2023 13:47

08/15/23 15:03:16 Ascension   ->    Ascension    Page 030



Ascension Northeast Wisconsin   Hess, Kenneth
Mercy Hospital   MRN: E1257116, DOB: 1/10/1974, Sex: M
500 S. Oakwood Rd.   Adm: 8/10/2023, D/C: 8/12/2023
OSHKOSH WI 54904-7944

**08/10/2023 - ED to Hosp-Admission (Discharged) in Ascension Mercy Medical Surgical: records until 8/11/2023 (continued)**

**Discharge Summary (continued)**

sites with incisional glue. The laparoscopic site to the umbilicus had a mepilex dressing over the top with a moderate amount of bloody drainage. This was removed and there is scant blood to the incisional site. The area was cleansed with dermal wound cleanser and dried. A new mepilex was applied over the top. All incisions are free from erythema, edema, and warmth.

I/O:

Intake/Output Summary (Last 24 hours) at 8/11/2023 0936
Last data filed at 8/11/2023 0800
          Gross per 24 hour
Intake       775 ml
Output     750 ml
**Net        25 ml**

LABS:
**Hemogram**
Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 27.8 (H) | 08/11/2023 |
| HGB | 14.0 | 08/11/2023 |
| HCT | 42.7 | 08/11/2023 |
| MCV | 84.8 | 08/11/2023 |
| PLATLT | 241 | 08/11/2023 |

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 137 | 08/10/2023 |
| K | 3.6 | 08/10/2023 |
| CL | 99 (L) | 08/10/2023 |
| TCO2 | 23 | 08/10/2023 |
| BUN | 19 | 08/10/2023 |
| CREAT | 0.85 | 08/10/2023 |
| GLU | 138 (H) | 08/10/2023 |
| CALC | 9.4 | 08/10/2023 |
| AGAP | 19 | 08/10/2023 |
| GFRNAA | >60 | 08/10/2023 |

RECEIVED
AUG 15 2023
OSCI-HSU

DIAGNOSTICS: None today.

Assessment:
1. Post operative day #1, status post laparoscopic appendectomy due to an acute perforated appendicitis

Plan: The patient continues to have leukocytosis with WBC 27.8. Also, he continues to have low grade temperatures. Given these findings as well as a perforated appendix, he needs to remain in the hospital for another 24 hours for IV antibiotics. He will continue on IV antibiotic, Zosyn 4.5 gram every 8 hours. Continue general diet. Continue pain medication regiment with acetaminophen 975 mg oral every 6 hours, oxycodone 5 mg oral every 4 hours as needed with oxycodone 5 mg oral as needed, and hydromorphone 0.4 mg every 2 hours as needed. He can have ice and heat applications. He is encouraged to sit in the chair three times per day and ambulate in the hallway four times per day. I will start him on enoxaparin 40 mg subcutaneous daily for DVT prophylaxis.

Hess, Kenneth (MR # E1257116) Printed at 8/15/23 12:05 PM        Page 10 of 13

HESS, KENNETH
1/10/1974

000576406
20210610074057 6406

* Modified *

RECEIVED  08/15/2023 13:47



Ascension

Ascension Northeast Wisconsin Hess, Kenneth
Mercy Hospital        MRN: E1257116, DOB: 1/10/1974, Sex: M
500 S. Oakwood Rd.    Adm: 8/10/2023, D/C: 8/12/2023
OSHKOSH WI 54904-7944

08/10/2023 - ED to Hosp-Admission (Discharged) in Ascension Mercy, Medical Surgical: records until 8/11/2023 (continued)

Discharge Summary (continued)

Ken is doing well but still has right lower quadrant abdominal pain. He is tolerating a general diet. Abdomen is soft and tender in the right lower quadrant without rebound. Wounds are clean dry and intact for the suprapubic and the left lower quadrant wound. The infraumbilical wound is bleeding a little bit. This dressing is replaced.

White blood cell count remains elevated at 27,800 with 8% bands. Continue with IV Zosyn and recheck CBC tomorrow. If patient is stable and white blood cell count trending down or normal, then he can be discharged back to the prison system. I would keep him on p.o. antibiotics in the form of Augmentin for at least 5 to 7 days.

Total time that I spent with the patient today was 15 minutes. This included review of any pertinent labs or tests for the day, review of the medical record, discussion with other health care providers if applicable, and evaluation of the patient.

Michael J. Foley, MD
08/11/23

Patient: Kenneth Hess, 49 y.o.
Attending: Foley, Michael J, MD
Date/Time: 8/11/2023, 9:36 AM

CHIEF COMPLAINT: Hospital Day: 2; post operative day #1, status post laparoscopic appendectomy due to an acute perforated appendicitis

Subjective: He had no acute events overnight. He denies chills but has had low grade temperatures of 99.0 to 99.3 degrees Farenheit. He is diaphoretic at bedside. He denies nausea and emesis. He had a general diet for breakfast and states he tolerated this well. He is not passing flatus nor had a bowel movement yet. He states he still has quite a bit of pain to his abdomen and is requesting more pain medication.

Objective:
GENERAL: Kenneth Hess, is a pleasant male, who is lying in bed in no acute distress.
Vitals:

| | 08/11/23 0700 |
|---|---|
| BP: | 129/76 |
| Pulse: | 103 |
| Resp: | 18 |
| Temp: | 37.4 °C (99.3 °F) |

RECEIVED
AUG 15 2023
OSCI HSU

Estimated body mass index is 28.98 kg/m² as calculated from the following:
  Height as of this encounter: 1.778 m (5' 10").
  Weight as of this encounter: 91.6 kg (201 lb 15.1 oz).
CARDIAC: Regular rate and rhythm. No murmur, rub, or gallops.
RESPIRATORY: Clear to auscultation to all lung fields. No crackles, rhonchi, or wheezing. Regular respiratory pattern.
ABDOMEN: Soft, round, symmetrical contour smooth and even with respirations. Active bowel sounds to all four quadrants. No pain upon palpation to all four quadrants. No masses or peritoneal signs. There are three laparoscopic

Hess, Kenneth (MR # E1257116) Printed at 8/15/23 12:05 PM

Page 9 of 13

*Modified*

RECEIVED | 08/15/2023 13:47

08/15/23 15:01:00 Ascension    ->     Ascension    Page 028



Ascension Northeast Wisconsin Hess, Kenneth
Mercy Hospital     MRN: E1257116, DOB: 1/10/1974, Sex: M
500 S. Oakwood Rd.     Adm: 8/10/2023, D/C: 8/12/2023
OSHKOSH WI 54904-7944

**08/10/2023 - ED to Hosp-Admission (Discharged) in Ascension Mercy Medical Surgical: records until 8/11/2023 (continued)**

ED Provider Note (continued)

**SOCIAL DETERMINATES OF HEALTH**
The following factors affected the patient's Emergency Department care.
In law enforcement or correctional custody. (CH043)

**DIAGNOSTIC IMPRESSION**

1. **Acute appendicitis with localized peritonitis without perforation, unspecified whether abscess present, unspecified whether gangrene present**

# DISPOSITION

**ADMITTED:**

**ADMITTING PROVIDER**

**SIGNATURE**
Nencka, James D, APNP

**Emergency Medicine Specialists, S.C.**
Office: 414.877.5350     Fax: 414.877.5360     EMS ·····

In the interest of transparency, the 21st Century Cures Act requires healthcare organizations to make nearly all medical information readily available to patients. Please remember that this document is intended as a form of "peer-to-peer" communication. Often medical records contain verbiage and abbreviations that might be unfamiliar and without context. Language may appear direct as it is intended to succinctly relay the clinical opinion of the practitioner.

Nencka, James D, APNP
08/10/23 2057

Merideth, Katie, MD
08/11/23 0258

Electronically signed by Nencka, James D, APNP at 8/10/2023 8:57 PM
Electronically signed by Merideth, Katie, MD at 8/11/2023 2:58 AM

RECEIVED
AUG 1 5 2023
OSCH-HSU

Discharge Summary

Progress Notes by Wright, Tosha, APNP at 8/11/2023 0933

Attestation signed by Foley, Michael J, MD at 8/11/2023 4:28 PM
I have seen and evaluated the patient along with Tosha Wright, NP. We discussed the patient's management and I agree with the APP's assessment and findings as documented in their progress note for this patient on the same day.

Hess, Kenneth (MR # E1257116) Printed at 8/15/23 12:05 PM     Page 8 of 13



08/10/2023 - ED to Hosp-Admission (Discharged) in Ascension Mercy Medical-Surgical records until 8/11/2023 (continued)

**ED Provider Note (continued)**

7.4)(PLASMALYTE-A) bolus 30 mL/kg (1,000 mLs intravenous
New Bag 8/10/23 2055)
piperacillin-tazobactam (ZOSYN) 4.5 g in sodium chloride 0.9
% 100 mL IVPB-Vial2Bag (has no administration in time
range)
acetaminophen 1,000 mg injection (has no administration in
time range)
morphine injection Solution 2 mg (2 mg Intravenous Given
8/10/23 2024)
ondansetron (ZOFRAN) injection 4 mg (4 mg Intravenous
Given 8/10/23 2026)
iohexol (OMNIPAQUE) 350 mg iodine/mL injection 98 mL (98
mLs intravenous Given 8/10/23 2026)

# MEDICAL DECISION MAKING AND DIFFERENTIAL

## MEDICAL DECISION MAKING

Patient's vital signs are somewhat concerning. He is tachycardic and does appear to be febrile, does have a
temperature of 103 degrees. Blood pressure is reassuring this the morning. He is ill appearing. And he does appear
to be in some acute distress. No cervical adenopathy, nuchal rigidity, or any other meningeal signs noted. He does
have significant lower right quadrant abdominal pain over McBurney's point. There is no definitive Murphy sign.
Patient is quite diaphoretic.

Given patient presentation I do have concerns for acute appendicitis. Also have concerns for other intra-abdominal
processes and sepsis. However the main concern is most likely appendicitis. Given the fact that he has a fever and
may have to go to surgery tonight I did not provide him with any oral Tylenol for the fever so I did order IV Tylenol.
Given the mention of some possible bloody emesis I do have concern for upper GI bleed. Will start a septic workup
including a 30 mL/kg bolus of lactated Ringer's. And will have patient proceed immediately to CT for contrast CT to
rule out appendicitis.

Patient does have a white count of 25. Lactic acid up 2.5.

Called by radiology and informed that there is a positive appendicitis on CT. I did page Dr. Foley. I did call back right
away I discussed case with him he reports that he will take him into surgery tonight. Request to keep patient n.p.o.

## EMERGENCY DEPARTMENT TIMELINE

**Clinical Impressions** as of Aug 10, 2023
Acute appendicitis with localized peritonitis without
perforation, unspecified whether abscess present,
unspecified whether gangrene present

RECEIVED
AUG 1 5 2023
OSCI- HSU

## CRITICAL CARE NOTE

The patient required complex management while in the emergency department. Total
care critical care time provided was 40 minutes

Hess, Kenneth (MR # E1257116) Printed at 8/15/23 12:05 PM                              Page 7 of 13

\* Modified \*

RECEIVED 08/15/2023 13:47

08/15/23 15:05:49 Ascension     →     Ascension     Page 033



Ascension Northeast Wisconsin Hess, Kenneth
Mercy Hospital     MRN: E1257116, DOB: 1/10/1974, Sex: M
500 S. Oakwood Rd.     Adm: 8/10/2023, D/C: 8/12/2023
OSHKOSH WI 54904-7944

08/10/2023 - ED to Hosp-Admission (Discharged) in Ascension Mercy, Medical Surgical: records until 8/11/2023 (continued)

**Clinical Notes (continued)**

Patient tolerated the operation quite well without apparent complication and was delivered to the PACU in stable and satisfactory condition. Sponge, needle, and instrument counts are correct.

None, whose presence was required for exposure, retraction, and patient safety, was present throughout the entirety of the operation.

Foley, Michael J, MD
08/11/23 12:33 AM

*(This note was created with the use of voice recognition software. There may be dictation errors which were not recognized prior to the signing of this note.)*

Electronically signed by Foley, Michael J, MD at 8/11/2023 12:44 AM

# END OF REPORT

RECEIVED

AUG 1 5 2023

OSCI- HSU

* Modified *

Hess, Kenneth (MRN: E1257116) DOB: 1/10/1974

 **Ascension**

Ascension Northeast
Wisconsin Mercy
Hospital
500 S. Oakwood Rd.
OSHKOSH WI 54904-
7944

Hess, Kenneth
MRN: E1257116, DOB: 1/10/1974, Sex:
M
Adm: 8/10/2023, D/C: 8/12/2023

# Results

Surgical Pathology Exam (Order 1263143398)

## Surgical Pathology Exam: SMR23-01756

Order: 1263143398

Status: Final result  Visible to patient: No (not released) Next appt: Today at 10:00 AM in General
Surgery (Sanner, Timothy, PA-C) Dx: Appendicitis, unspecified appendiciti...

| Component | Resulting Agency |
|---|---|
| Case Report | |
| Surgical Pathology | Case: SMR23-01756 |
| Authorizing Provider: Foley, Michael J, MD 08/10/2023 2254 | Collected: |
| Ordering Location: Ascension Mercy, Surgery 08/11/2023 0711 | Received: |
| Pathologist: Tompkins, Daren M, MD | |
| Specimen: Appendix | |

RECEIVED

SEP 0 6 2023

OSCI - HSU

Diagnosis:

**Appendix, excision:**
**- Marked acute appendicitis with perforation and periappendicitis**

DT

Electronically signed by Tompkins, Daren M, MD on 8/15/2023 at 1025

| Clinical Information: | ASCENSION WI LABORATORIES - MERCY |
|---|---|

K37 - Appendicitis, unspecified appendicitis type [ICD-10-CM]

| Gross Description: | ASCENSION WI LABORATORIES - CSM MILWAUKEE |
|---|---|

A.
Received: In formalin labeled "appendix"
Size: 4.8 cm in length by 1.4 cm in diameter
Description: Received is an appendix with a stapled proximal margin and abundant attached
mesoappendix. The staple line is removed and the underlying margin is inked blue. The serosa is
mottled pink-gray to red-brown, smooth to shaggy, and partially surfaced by tan-gray
fibrinopurulent exudate. There are two areas of perforation. The first perforation is 2.6 cm from the
proximal margin and the second perforation is 0.8 cm from the distal tip. The two perforations are
approximately 1.1 cm from each other, and are inked orange. The mucosa is diffusely thickened