**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

**WISCONSIN**
Adm. Code
Ch. DOC 316

# HEALTH SERVICE REQUEST
## AND COPAYMENT DISBURSEMENT AUTHORIZATION

**→ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ←**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| | | |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| | | |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:

- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

► EX;A 999-001-001

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES        ☐ HEALTH CARE RECORD REVIEW        ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST           ☐ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

_I been having bad back abdominal pain vomiting and constipation since 7pm. I told Sgt Strunzing around 515pm and be refused to call for medical assistance The pain is barely bearable at this point_

| | DATE RECEIVED: TO BE STAMPED BY HSU |
|---|---|

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☒ Nursing Sick Call:  ☒ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU:  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):                    ☐ Other:

COMMENTS / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Michael Milner RN HSU OSC | 8/6/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

---

## Progress Notes

Orders:
Other miscellaneous DME

*Electronically Signed on 08/14/23 10:03 AM*

EX: B 999-001-002

*Murphy, Patrick  MD*

---

Document Type:                          Progress Note Generic
Service Date/Time:                      8/10/2023 18:58 CDT
Result Status:                          Auth (Verified)
Document Subject:                       abdominal pain, to ER
Sign Information:                       Wheatley,MD,Phillip O (8/10/2023 18:59 CDT)

### Subjective
Seen for persisting abdominal pain.  Seen by nursing staff earlier this morning.  Gave history of chronic constipation felt this may have been a possibility.  CBC obtained and WBC count has returned at 24,000.

States first noted onset of abdominal discomfort after breakfast yesterday.  He did have some emesis yesterday with poor oral intake.  Continue to have abdominal discomfort last night slept poorly.  Again today, episodes of emesis with intake only of some fluids.  He has not had any bowel movements.

### Objective
  Vitals & Measurements
Temperature Temporal Artery: 36.5 Deg C (08/10/23 08:20:00)

Peripheral Pulse Rate: 125 bpm High (08/10/23 08:20:00)

Respiratory Rate: 20 br/min (08/10/23 08:20:00)

Systolic Blood Pressure: 137 mmHg (08/10/23 08:20:00)

Diastolic Blood Pressure: 92 mmHg High (08/10/23 08:20:00)

Mean Arterial Pressure, Cuff: 107 mmHg (08/10/23 08:20:00)

  Physical Exam
Blood pressure 120/100.  Heart rate 144 and regular.  Pulse oximetry 89% on room air.  Temperature 98.0 oral.
Lungs clear to auscultation.  Cardiac--regular rhythm no murmur.  Abdomen-moderate distention.  Hypoactive bowel sounds.  Tender with rebound over the right lower quadrant.

### Assessment/Plan
Encounter for medical care
  Abdominal pain with nausea and vomiting, leukocytosis.  Right lower quadrant tenderness present.  Suspect appendicitis.
  Sent to emergency room by ambulance given his low pulse oximetry and significant tachycardia.

*Electronically Signed on 08/10/23 06:59 PM*

*Wheatley, Phillip  MD*

---

Patient: HESS, KENNETH          MRN/DOC: 000576406          DOB: 1/10/1974

---

| Current Medications list |
|---|

| Inpatient |
|---|

**Order: Holding Chamber/Spacer**
Ordering Physician: Staff,APNP,Sarah
Order Details: 1 EA, Inhalation, Form: Misc, QID - KOP for 350 days, PRN other (see comment), First Dose: 11/29/23 7:30:00 AM CST, Stop Date: 11/13/24 7:29:00 AM CST, Next Dispense Date: 24-NOV-2026 09:00:00.00
Order Comment: Use with your Inhalers as directed.

**Order: hydrOXYzine**
Ordering Physician: Reynolds,MD,Bret
Order Details: 50 mg = 1 tab, Oral, Tab, BID (NOON/HS) - SC for 350 days, PRN anxiety, First Dose: 11/27/23 11:30:00 AM CST, Stop Date: 11/11/24 11:29:00 AM CST, Next Dispense Date: 22-NOV-2026 09:00:00.00
Order Comment:

**Order: COVID-19 Vaccine Evaluation (COVID-19 Vaccine 2023-2024 Initial Consult Eval)**
Ordering Physician: SYSTEM,SYSTEM Cerner
Order Details: 1 EA, Miscellaneous, Form: Misc, Daily - KOP for 180 days, First Dose: 11/19/23 12:00:00 AM CST, Stop Date: 5/17/24 1:00:00 AM CDT, Next Dispense Date: 20-NOV-2023 19:07:54.00
Order Comment:

**Order: albuterol (albuterol 90 mcg/inh aerosol inhaler)**
Ordering Physician: Staff,APNP,Sarah
Order Details: 180 mcg = 2 puff(s), Inhalation, Form: Aerosol, QID - KOP for 350 days, PRN shortness of breath or wheezing, First Dose: 11/12/23 7:30:00 AM CST, Stop Date: 10/27/24 7:29:00 AM CDT, 30, Next Dispense Date: 07-NOV-2026 09:00:00.00
Order Comment:

**Order: acetaminophen (acetaminophen 500 mg oral tablet range dose)**
Ordering Physician: Murphy,MD,Patrick J
Order Details: 1 to 2 Tablets, Oral, BID (AM/HS) - KOP for 350 days, PRN pain, First Dose: 8/30/23 7:30:00 AM CDT, Stop Date: 8/14/24 7:29:00 AM CDT, Form: Tab, Next Dispense Date: 28-AUG-2023 09:19:27.00
Order Comment: Limit of #50 tablets per 30 days.

**Order: hydrocortisone topical (hydrocortisone 1% topical cream)**
Ordering Physician: Murphy,MD,Patrick J
Order Details: 1 app, Topical, Form: Cream, QID - KOP for 350 days, PRN itching, First Dose: 8/17/23 7:30:00 AM CDT, Stop Date: 8/1/24 7:29:00 AM CDT, Next Dispense Date: 14-AUG-2023 10:53:37.00
Order Comment:

**Order: emollients,topical (Minerin Topical Cream 454 GM Jar)**
Ordering Physician: Murphy,MD,Patrick J
Order Details: 1 app, Topical, Form: Cream, Daily - KOP for 350 days, PRN dry skin, First Dose: 8/17/23 7:30:00 AM CDT, Stop Date: 8/1/24 7:29:00 AM CDT, Next Dispense Date: 14-AUG-2023 10:53:04.00
Order Comment:

---

Report Request ID:   7384517                          Print Date/Time:   1/23/2024 10:38 CST

EX: B 999-001-004

---

## Progress Notes

Spoke to Candy RN at Ascension Mercy. Patient's appendix had burst, he is currently on Antibiotics. Has elevated WBC. He has 3 lap sites on his belly and is passing gas. Pain is controlled with Vicodin. Planning on discharging him on 8/12/23.

*Electronically Signed on 08/11/23 12:18 PM*

---

*Stueber, Lonna  RN*

---

Document Type:                          Nursing Narrative Note
Service Date/Time:                      8/10/2023 22:10 CDT
Result Status:                          Auth (Verified)
Document Subject:                       MMC ER report
Sign Information:                       Feltz,RN,Jennifer J (8/10/2023 22:12 CDT)

MMC ER reports pt is diagnosed with appendicitis and will be having surgery tonight.  Unknown if pt will be admitted or not at this time.

*Electronically Signed on 08/10/23 10:12 PM*

---

*Feltz, Jennifer  RN*

---

Document Type:                          Nursing Narrative Note
Service Date/Time:                      8/10/2023 18:42 CDT
Result Status:                          Auth (Verified)
Document Subject:                       ER note
Sign Information:                       Feltz,RN,Jennifer J (8/10/2023 18:43 CDT)

| Allergies (2) Active | Reaction |
|---|---|
| No Known Allergies | None Documented |
| No Known Medication Allergies | None Documented |

**Medications (11) Active**
Scheduled: (4)
**Ciclesonide 160 mcg/inh 6.1g (INHALER)**  160 mcg 1 puff(s), Inhalation, BID (AM/HS) - KOP
**Hydrocortisone 1% Cream 28 g (TUBE)**  1 app, Topical, QID - KOP
**Meloxicam 15 mg Tab**  15 mg 1 tab, Oral, Daily - KOP
**Pantoprazole 40 mg DR Tab**  40 mg 1 tab, Oral, BID (AM/HS) - KOP
Continuous: (0)
PRN: (7)
**Acetaminophen 500 mg Tab**  1 to 2 Tablets, Oral, BID (AM/HS) - KOP
**Albuterol 2.5mg/3mL (0.083%) Inh Soln 3mL Nebules, (NEB)**  2.5 mg 3 mL, Inhalation, Once - SC
**Albuterol HFA 90 mcg/inh 18gm (INHALER) (66993-0019-68)**  180 mcg 2 puff(s), Inhalation, QID - KOP
**Artificial Tears PF (BTL)**  1 drops, Eye-Both, QID - KOP
**Calcium Carbonate 500mg (200mg Elemental) Chew Tab**  1,000 mg 2 tab, Oral, QID - KOP
**Holding Chamber/Spacer (EACH)**  1 EA, Inhalation, QID - KOP
**hydrOXYzine HCL 50 mg Tab**  50 mg 1 tab, Oral, BID (NOON/HS) - SC

**Vital Signs**
Respiratory Rate: 20 br/min (08/10/23 08:20:00)

---

Report Request ID:  7384517                          Print Date/Time:   1/23/2024 10:38 CST

Patient: HESS, KENNETH                    MRN/DOC: 000576406                    DOB: 1/10/1974

---

| *Progress Notes* |
|:-:|

Systolic Blood Pressure: 137 mmHg (08/10/23 08:20:00)
Diastolic Blood Pressure: 92 mmHg High (08/10/23 08:20:00)

**PROBLEM LIST**
Generalized anxiety disorder
Insomnia disorder
Persistent depressive disorder (dysthymia)
ADHD - Attention deficit disorder with hyperactivity
Abscess
Anxiety
Arthritis
Asthma
Behind on immunizations
Chronic hepatitis C
GERD (gastroesophageal reflux disease)
Healthcare maintenance
Low back pain
Pruritus
Upper respiratory infection

*Electronically Signed on 08/10/23 06:43 PM*

---

*Feltz, Jennifer RN*

---

Document Type:                              Phone Msg
Service Date/Time:                          8/24/2023 14:32 CDT
Result Status:                              Auth (Verified)
Document Subject:                           General Message
Sign Information:

_____

From: Murphy, MD, Patrick J
To: Giesler, MPAA, Jennifer L;
Sent: 8/24/2023 14:32:18 CDT
Subject: General Message
Caller Name: HESS, KENNETH

I entered a post-op appt order for 9/6 at 1000, requested after his 8/19-8/22 hospitalization. He already has a post-op appt
for 9/7 scheduled, ordered after his previous hosp/surgery. Maybe you could clarify with them, most likely doesn't need
both. Thanks

---

Document Type:                              Phone Msg
Service Date/Time:                          8/18/2023 09:14 CDT
Result Status:                              Auth (Verified)
Document Subject:                           General Message
Sign Information:

_____

From: Giesler, MPAA, Jennifer L
Sent: 8/18/2023 09:14:23 CDT

---

Report Request ID: 7384517                    Print Date/Time: 1/23/2024 10:38 CST

* Modified *

RECEIVED 08/18/2023 17:35
8/10/2023 5:28:50 PM PAGE 1/001 Fax Server

EX|C 999-001-006

Laboratory Corporation of America
Client Services (414) 256-5570
Fax (414) 256-5572
Name: Hess, Kenneth
MRN: E1257115
DOB/Age/Sex: 1/10/1974 49 yrs Male
Pt. Phone #: 414-897-1420

Ordering Loc: Oshkosh Correctional Institute (OCI) - Client Bill
1730 Snell Rd
Oshkosh WI 54901
Report Date/Time: 8/10/2023 5:25 PM

## LABORATORY REPORT

**See Values:** WBC (H)

### Hemogram (Final result)

Blood specimen 23OC-222H0220 from Blood, Venous Unspecified. Ordered by Unspecified. Authorized by Provider, Not in System, MD. Collected: 8/10/2023 0522 Received: 1157 Verified: 8/10/2023 1212. Resulted by MER.

| Component | Value | | Ref. Range |
|---|---|---|---|
| WBC | 24.7 | {H} | 4.0-10.0 Thou/uL |
| Leukocytosis | | | |
| RBC | 5.11 | | 4.30-5.90 Mil/uL |
| Hemoglobin | 14.5 | | 13.0-17.0 g/dL |
| Hct | 43.0 | | 39-51 % |
| MCV | 84.2 | | 79.0-98.0 FL |
| MCH | 28.4 | | 26.0-34.0 pg |
| MCHC | 33.8 | | 32.0-36.0 g/dL |
| RDW | 13.9 | | 11.5-14.5 % |
| Platelets | 293 | | 150-450 Thou/uL |
| Mean Platelet Volume | 9.6 | | 7.0-11.0 FL |
| Resulting Lab: MER | | | |

### Resulting Labs

| MER CLIA#: 52D0397317 | ASCENSION WI LABORATORIES - MERCY, 500 S Oakwood, Oshkosh WI 54904 — Director: Tompkins, Daren M, MD | 920-223-1815 |
|---|---|---|



RECEIVED
AUG 1 0 2023
OSCi - HSU

\* Modified \*

EX; C 999-001-007

This form provides basic information concerning transfusions and is used to AUTHORIZE or NOT AUTHORIZE the procedure by qualified medical personnel.

Benefits of Blood or Blood Products Transfusion:
Red Blood Cells improve oxygen delivery to vital organs and tissues and may be life saving. Platelets, Fresh Frozen Plasma, and Cryoprecipitate are used to replenish factors which are needed to prevent or control bleeding.

Risks of Blood or Blood Products Transfusion:
Although tested and determined safe, transfusions are associated with some risks which include, but are not limited to:
- Allergic reaction or fever
- Fluid overload
- Local site complications including bruising or infection
- Hemolytic and rarely fatal transfusion reaction
- Bloodborne infections, including a very small risk of viral infections, such as:
    - AIDS virus (HIV)
    - Hepatitis B
    - Hepatitis C
    - Human T-cell Leukemia Virus (HTLV1)

Potential Alternatives to a Transfusion:
- When circumstances allow, use your own blood.
- Use of other medical treatments and therapies to be discussed with your physician, including modifying or postponing treatment.

(This consent is valid for the current hospitalization or for one (1) year for outpatient use.)

I hereby acknowledge that a medical professional (Physician, Dentist, Podiatrist, Midwife) has informed me that a blood or blood product transfusion is, or may be, medically indicated in my case.

I CERTIFY THAT I HAVE READ/HAD READ TO ME AND FULLY UNDERSTAND THE CONTENT OF THE ABOVE AUTHORIZATION AND I:
- ☐ <u>DO</u> consent to a transfusion
- ☐ <u>DO NOT</u> consent to a transfusion

| Patient/legal guardian signature | Date and Time | Witness | Date and Time |
|---|---|---|---|

| Person signing on patient's behalf/relationship | Reason patient is unable to sign |
|---|---|

| Physician/Dentist/Podiatrist/Midwife | Date and Time |
|---|---|

Copy or facsimile is as valid as original

Affinity HEALTH SYSTEM
☐ Affinity Medical Group
☐ Affinity Occupational Health
☐ Calumet Medical Center
☒ Mercy Medical Center
☐ Network Health Plan
☐ St. Elizabeth Hospital
☐ Surgery Center
☐

Patient Identification

CONSENT FOR THE ADMINISTRATION OF
BLOOD OR BLOOD PRODUCTS
2/10 #0036849

MR

* Modified *

EX;D 999-001-008 (WISCONSIN)

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3301 (Rev. 04/2011)

## OFF-SITE SERVICE REQUEST AND REPORT

### REQUEST

PATIENT NAME (Last, First, M.I.)      DOC #      DOB (mm/dd/yyyy)

Hess, Kenneth      576406      1/10/74

REFERRED TO      CLINIC MEDICAL RECORD #      CLINIC / FACILITY      APPROPRIATE FOR TELEMEDICINE
☐ Yes ☐ No

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS

R LQ pain   HR 144   BP 124/106      lungs clear   Cardiac - tachy
T 98°   O₂ sat 99%      Abd hyperactive BS, Tender w/+n rebound RLQ

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION

Possible appendicitis

NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

### ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE

☐ PE/Progress Note Extracts    ☐ Medical Imaging    ☐ Other

☐ Lab Results    ☐ Old Records/Consult Extract

OUTPATIENT CONTACT DATE (mm/dd/yyyy): _____ ☐ CLINIC ☐ TELEMEDICINE

TIME: ☐ AM ☐ PM   OR   ADMISSION DATE (mm/dd/yyyy):

REFERRED BY:    HSU    PHONE NUMBER    FAX NUMBER    DATE (mm/dd/yyyy):
Wheatley    OSCI    920-231-4010x6003    920-236-6656

### RECOMMENDED PLAN OF CARE

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

Acute perforated Appendicitis

RECEIVED
AUG 1 2 2023
OSCI - HSU

VT 8/15/23

RECOMMENDATIONS

① Augmentin - 875/125 q PID x 5 days.

② Vicodin 5/325 mg 1-2 Q6° prn x 5 days.

DO:
• Dictate from Recommendations

DO NOT:
• Inform Patient of Upcoming Appointments
• Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☒ CLINIC ☐ TELEMEDICINE   2-3 week(s) _____ month(s) _____ year

### INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)

☐ Class I    ☐ Class II    ☒ Class III-A    ☐ Class III-B    ☐ Class IV    ☐ Non-Surgical

PHYSICIAN NAME (Please Print)      PHYSICIAN SIGNATURE      DATE SIGNED
Michael Fair           8/6/23

HOSPITAL/ CLINIC NAME      TELEPHONE NUMBER
Ascension ~ Mercy      920-233-3850

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

* Modified *

EX: D 999-001-009

RECEIVED

AUG 1 2 2023

OSCI - HSU



⚕ **Ascension**

☐ St. Elizabeth – 1506 S. Oneida St., Appleton WI 54915
☐ Midway Surgery Center – 1550 Midway Dr. – Menasha WI 54952
☐ Calumet Medical Center – 614 Memorial Dr., Chilton WI 53014
☐ South Oakwood Rd., Oshkosh WI 54904

Hess, Kenneth
1/10/1974 (49 yrs)/male
CSN: 185422436  MRN: E1257116
Visit Dt: 8/10/23

RECEIVED
AUG 1 2 2023
OSCI - HSU

For_
Add
℞

Birth Date
Date

VOD

Hydrocodone-Acetaminophen 5-325 mg
Take 1-2 tabs by mouth
every 4-6 hrs as needed
for pain

Dispense: 10

PLEASE LABEL
NO SUBSTITUTION ☑
REFILL ___ 0 ___ TIMES

DEA No. _FL484f665_

THIS PRESCRIPTION MAY BE FILLED AT THE PHARMACY OF YOUR CHOICE.

A0015808 11/2019          SEE SAFETY FEATURES ON REVERSE SIDE          Ascension Wisconsin

BLUE BACKGROUND, REFLECTIVE WATERMARK ON BACK, SECURITY FEATURES LISTED ON BACK

EX:E 999-001-010

| | |
|---|---|
| Name: Hess, Kenneth | Height: |
| Age: 49 yrs | Gender: Male |
| | Allergies: Not on File |
| Case Date: 8/10/2023 | Case Time: 9:30 PM |
| Location: Ascension Northeast Wisconsin OR: MER OR 02 | |
| Mercy, OR | |
| DOB: 01/10/1974 | |

| |
|---|
| Weight: |
| MRN: E1257116 |
| Patient Class: Emergency |
| Case Status: Scheduled |
| Classification: |

## Panel Information

### Panel 1

| Surgeon | | Role | Service |
|---|---|---|---|
| Foley, Michael J, MD | | Primary | General |
| Procedure | Laterality | | Anesthesia |
| APPENDECTOMY, LAPAROSCOPIC [44970 (CPT®)] | N/A | | General |

### Panel 1

| | |
|---|---|
| Procedure: | APPENDECTOMY, LAPAROSCOPIC |
| Surgeon: | Foley, Michael J, MD |
| Location: | Ascension Northeast Wisconsin Mercy, OR |

## Preference Card Information

## Case Special Requests

No data filed

## Supplies

### Panel 1 Combined Pick List

| Bin | Item | PS ID | Name | Open | PRN |
|---|---|---|---|---|---|
| AA08_D05 | 559807 | 559807 | PACK BASIC SINGLE BASIN SURGICAL SET-UP PLUS II BEDSIDE BAG NUMBER 10 15 BLADE 32 OZ BOWL 2 OZ MEDICINE CUP NON-REINFORCED GOWN 4X4IN GAUZE UTILITY DRAPE NEEDLE COUNTER SKIN MARKER RULER LABEL BULB SYRINGE 1/4X240IN SUCTION TUBING YANKAUER BULB TIP | 1 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: DYNJB5007 | Alias: DYNJB5007 | Cost: 3.93 | |
| AA15_C05 | 24521 | 411901 | SODIUM CHLORIDE 900 MG/100ML INJECTION SOLUTION 12 POUCH IN 1 CASE (0409-7983-09) 1 BAG IN 1 POUCH 1000 ML IN 1 BAG HOSPIRA INC. | 0 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: 07983-09 | Alias: SOL INJ NACL 0.9% 1000ML BAG | Cost: 1.80 | |
| Comments: hold | | | | | |
| AA24_D30 | Z333H | 165023 | SUTURE SURGICAL PDS II 2-0 CT-2 27IN MONOFILAMENT VIOLET 1/PK 36PK/BX | 1 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: Z333H | Alias: SUT PDS 2-0 CT-2 27IN Z333H | Cost: 2.04 | |
| AA24_F45 | Y426H | 218001 | SUTURE SURGICAL MONOCRYL 4-0 PS-2 27IN MONOFILAMENT UNDYED 1/PK 36PK/BX | 1 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: Y426H | Alias: SUT MONOCRYL 4-0 27IN Y426H | Cost: 4.34 | |
| AA28_F15 | 2004825 | 64889 | MANIFOLD WASTE MANAGEMENT 4-PORT NEPTUNE DISPOSABLE | 1 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: 0702-020-000 | Alias: 0702-020-000 | Cost: 14.75 | |
| AA30_E05 | 1039811 | 1039811 | APPLICATOR SOLUTION | 1 | 0 |

RECEIVED

AUG 1 2 2023

OSCI - HSU

\* Modified \*

EX: E 999-001-011

---

| Supply PickList - CASE #1148009 | | Page 2 of 6 |
|---|---|---|

Name:Hess, Kenneth
Age:49 yrs

Height:
Gender:Male
Allergies:Not on File

Weight:
MRN:E1257116
Patient Class:Emergency

Case Date:8/10/2023
Location:Ascension Northeast Wisconsin OR:MER OR 02
Mercy, OR
DOB: 01/10/1974

Case Time: 9:30 PM
Case Status:Scheduled
Classification:

---

|  |  |  | CHLORAPREP 26ML ORANGE STERILE |  |  |
|---|---|---|---|---|---|
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: 930815 | Alias: 930815 | Cost: 6.05 | |
| AA32_F05 | 414092 | 414092 | SPONGE GAUZE 16 PLY USP TYPE VII 100% COTTON LATEX FREE DISPOSABLE STERILE DERMACEA WHITE 4X4IN | 1 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: 442215 | Alias: 442215 | Cost: 0.35 | |
| AA32_G05 | 23250-400A | 472513 | SPONGE LAPAROTOMY PREWASHED DELINTED XRAY DETECTABLE STANDARD 7IN LOOP LATEX FREE 18X18IN STERILE | 0 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR Comments: HOLD | | Mnfr: MDS241518 | Alias: SPONGE LAP XRAY 18IN X 18IN STERILE 5/PK | Cost: 1.39 | |
| AA34_B10 | 431472 | 431472 | DRAPE SURGICAL LAPAROSCOPIC/CHOLECYSTECTOMY ONE 12X13IN ABDOMINAL FENESTRATION FABRIC TUBE HOLDERS AND LINE CONTROL FLAPS ARMBOARD COVERS CONTROL PLUS FABRIC REINFORCEMENT INDIVIDUALLY WRAPPED 102X76X120IN STERILE 10/CA | ① | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: 89225 | Alias: 89225 | Cost: 8.85 | |
| AA36_B05 | 65665 | 576163 | GOWN SURGICAL AERO BLUE SURGICAL WITH BREATHABLE BACK PANEL LATEX FREE LARGE STERILE | 2 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: 41733 | Alias: 90112 | Cost: 2.30 | |
| AA36_C05 | 2008342 | 576164 | GOWN SURGICAL BREATHABLE HIGH PERFORMANCE AAMI 3 RAGLAN SLEEVE HOOK AND LOOP ADJUSTABLE NECKLINE BREATHABLE BACK PANEL TOWEL AERO BLUE PERFORMANCE EXTRA LARGE STERILE 30/CA | | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: 41734 | Alias: 41734 | Cost: 2.48 | |
| AA37_B05 | 24613 | 408800 | SOLUTION IRRIGATION SODIUM CHLORIDE 0.9% AQUALITE 1000ML | 1 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: 07138-09 | Alias: SOL IRR NACL 0.9% 1000ML POUR BOTTLE | Cost: 1.80 | |
| AA37_B10 | 24609 | 408760 | WATER IRRIGATION SEMI RIGID CONTAINER 1000ML | 0 ① | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: 07139-09 | Alias: SOL IRR WATER 1000ML POUR BOTTLE STERILE | Cost: 1.51 | |
| AA39_A17 | E0510 | 423373 | CORD ELECTROSURGICAL MONOPOLAR FOR FOOTSWITCHING LAPAROSCOPE DISPOSABLE STERILE 10FT LENGTH | ① | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: E0510 | Alias: CORD LAP MONOPOLAR 10FT DISP | Cost: 2.56 | |
| AA39_A20 | 250070500 | 205771 | IRRIGATOR SUCTION LAPAROSCOPIC STRYKEFLOW BATTERY OPERATED WITH 10FT TUBING | ① | 0 |

RECEIVED
AUG 1 2 2023
OSC - HSU

---

Hess, Kenneth (MR # E1257116) Printed at 8/10/23  9:04 PM

HESS, KENNETH
1/10/1974

* Modified *

*EX: E999-001-012*

| | | | | |
|---|---|---|---|---|
| Name:Hess, Kenneth | Height: | | Weight: | |
| Age:49 yrs | Gender:Male | | MRN:E1257116 | |
| | Allergies:Not on File | | Patient Class:Emergency | |
| Case Date:8/10/2023 | Case Time: 9:30 PM | | Case Status:Scheduled | |
| Location:Ascension Northeast Wisconsin OR:MER OR 02 | | | Classification: | |
| Mercy, OR | | | | |
| DOB: 01/10/1974 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Inv.: Ascension Northeast Wisconsin Mercy, OR Comments: hold | | Mnfr: 250-070-500 | Alias: ASSMB SUCT/IRR STRYKEFLOW 10FT HNDPC PUMP10FT | | Cost: 35.60 |
| AA39_B05 | 0620-040-690 | 537756 | TUBE HEATED SET HIGH FLOW REAL TIME PRESSURE WITH INTIGRATED FILTER FOR INSUFFLATOR DISPOSABLE STERILE PNUEMO SURE 1 SIZE | 1 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: 0620-040-690 | Alias: TUBING, INSUFFLATE PNEUMO-SURE | | Cost: 37.55 |
| AA39_C05 | BTD05 | 429435 | DISSECTOR ENDOSCOPIC BLUNT TIP ENDOPATH 5MM | 0 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR Comments: hold | | Mnfr: BTD05 | Alias: DISSECTOR 5MM BLUNT TIP BTD05 | | Cost: 11.66 |
| AA39_C10 | 1015176 | 1015176 | INSERT SCISSOR STAINLESS STEEL METZENBAUM 5X310MM DISPOSABLE | 1 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR Comments: hold | | Mnfr: PO888 | Alias: PO888 | | Cost: 38.80 |
| AA39_C15 | 90522 | 90522 | CARTRIDGE GRASPER DIRECT DRIVE 5MMX38CM 20MM JAW LENGTH | 1 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR Comments: open | | Mnfr: C4120 | Alias: C4120 | | Cost: 55.00 |
| AA39_C30 | EJ10 | 161969 | SUTURE SURGICAL VICRYL 0 18IN BRAIDED COATED LIGATURE VIOLET 1/PK 12PK/BX | 0 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR Comments: HOLD | | Mnfr: EJ10G | Alias: SUT VICRYL O ENDOLOCP EJ10 | | Cost: 30.43 |
| AA39_C45 | 77206 | 77206 | DEVICE RETRIEVER SPECIMEN ENDOSCOPIC GUIDEBEAD DESIGN DISPOSABLE INZII 10MM | 1 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: CD001 | Alias: CD001 | | Cost: 32.00 |
| AA40_C10 | 2002049 | 576108 | TRAY FOLEY SURESTEP LUBRICATH DRAINAGE BAG STABILIZATION DEVICE 16FR A899916 | 0 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR Comments: open | | Mnfr: A899916 | Alias: A899916 | | Cost: 11.51 |
| AA40_E35 | 2001873 | 423418 | TOWEL OPERATING ROOM DELUXE PREWASHED DELINTED LATEX FREE COTTON 27X17IN BLUE STERILE DISPOSABLE 4/PK 20PK/CA | 2 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: MDT2168204 | Alias: MDT2168204 | | Cost: 1.76 |
| AA41_A20 | 432548 | 432548 | TROCAR LAPAROSCOPIC Z-THREAD KII FIOS FIRST ENTRY ACCESS SYSTEM SHIELDED 12X100MM BLADED | 1 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: CTF73 | Alias: CTF73 | | Cost: 19.00 |
| AA41_A50 | 1004148 | 1004148 | NEEDLE CLOSOR PORT PRO 150MM WITH TWO TROCAR SWABS 5-8MM 10-12MM | 0 | 0 |
| Inv.: Ascension Northeast | | Mnfr: PC-120 | Alias: PC-120 | | Cost: 17.95 |

*RECEIVED*
*AUG 1 2 2023*
*OSC ... HSU*

Hess, Kenneth (MR # E1257116) Printed at 8/10/23 9:04 PM      Page 3 of 6

* Modified *

EX: E 999-001-013

Name:Hess, Kenneth
Age:49 yrs

Case Date:8/10/2023
Location:Ascension Northeast Wisconsin OR:MER OR 02
Mercy, OR
DOB: 01/10/1974

Height:
Gender:Male
Allergies:Not on File
Case Time: 9:30 PM

Weight:
MRN:E1257116
Patient Class:Emergency
Case Status:Scheduled
Classification:

Wisconsin Mercy, OR
Comments: HOLD

| | | | | | | |
|---|---|---|---|---|---|---|
| AA41_B10 | 265189 | 265189 | TROCAR ENDOSCOPY Z-THREAD 5X100MM FIOS FIRST ENTRY KII ACCESS SYSTEMS | | 1 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: CTF03 | Alias: CTF03 | | Cost: 15.50 | |
| AA41_B15 | 354566 | 354566 | KIT SLEEVE Z THREAD KII 5X100MM | | 2 (1) | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: CTS02 | Alias: CTS02 | | Cost: 8.00 | |
| Comments: hold 1 | | | | | | |
| AA41_C15 | 1037033 | 1037033 | REP SEALER/DIVIDER LAPAROSCOPIC LIGASURE BLUNT TIP 37CM | | 1 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: LF1837 | Alias: LF1837 | | Cost: 251.47 | |
| Comments: hold | | | | | | |
| AA43_B35 | 131683 | 131683 | RELOAD STAPLE CARTRIDGE ENDOPATH ETS 45 3.55X45MM BLUE FOR LINEAR CUTTER 6 ROW | | 1 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: 6R45B | Alias: PS - STAPLER RELOAD ENDOPATH TITANIUM L 45 MM ENDOSCOPIC ENDOSCOPIC LINEAR CUTTER RELOADABLE LINEAR CUTTER STERILE LATEX FREE DISPOSABLE BLUE | | Cost: 103.06 | |
| AA43_B45 | ATS45 | 86827 | STAPLER ARTICULATING LINEAR TITANIUM ENDOPATH ETS RELOADABLE FLEXIBLE 45MM LENGTH BLUE DISPOSABLE | | 1 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: ATS45 | Alias: ENDO LINEAR CUTTER 45MM NO CARTRIDGE ATS45 | | Cost: 544.27 | |
| AB16_G05 | 1002614 | 1002614 | TUBING SUCTION UNIVERSAL RIBBED STRAIGHT CONNECTORS 0.25INX12FT STERILE DISPOSABLE | | 1 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: OR612 | Alias: OR612 | | Cost: 1.01 | |
| Comments: hold | | | | | | |
| DA01_I10 | 0270-0628 | 167033 | STAT LARYNGOSCOPE INTUBATION GLIDESCOPE GVL COBALT-RANGER PLASTIC DISPOSABLE STERILE SINGLE-USE CLEAR SIZE 4 BOX | | 1 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: 0270-0628 | Alias: 0270-0628 | | Cost: 13.57 | |
| Comments: Hold | | | | | | |
| | 193063 | 593565 | ADHESIVE SKIN TOPICAL AFFIX 0.4ML STERILE | | 1 | 0 |
| Inv.: Ascension Northeast Wisconsin Mercy, OR | | Mnfr: MSC091040 | Alias: MSC091040 | | Cost: 8.42 | |
| | 582653 | 582653 | DISCON OBSOLETE BY MFG REP DEVICE VESSEL CLSR HAND SW | | 1 | 0 |
| Inv.: Peoplesoft All Periop Supplies | | Mnfr: LF1637 | Alias: LF1637 | | Cost: 305.00 | |
| | 453152 | 453152 | GLOVE SURGICAL NATURAL RUBBER MICRO ROUGHENED POLYMER COATED BIOGEL ECLIPSE POWDER FREE CURVED FINGER SIZE 7.5 BEADED CUFF LATEX STRAW STERILE | | 1 | 0 |

RECEIVED

AUG 1 2 2023

OSCI - HSU

Hess, Kenneth (MR # E1257116) Printed at 8/10/23 9:04 PM

EX:E 999-001-014

| | | |
|---|---|---|
| Name:Hess, Kenneth | Height: | Weight: |
| Age:49 yrs | Gender:Male | MRN:E1257116 |
| | Allergies:Not on File | Patient Class:Emergency |
| Case Date:8/10/2023 | Case Time: 9:30 PM | Case Status:Scheduled |
| Location:Ascension Northeast Wisconsin | OR:MER OR 02 | Classification: |
| Mercy, OR | | |
| DOB: 01/10/1974 | | |

| | | | |
|---|---|---|---|
| Inv.: Peoplesoft All Periop Supplies | Mnfr: 75275 | Alias: 75275 | Cost: 0.88 |
| 593113 | 593113 | PACK CUSTOM GENERAL LAPAROSCOPY 89-8837 | 0 |
| Inv.: Peoplesoft All Periop Supplies | Mnfr: 89-8837 | Alias: 89-8837 | Cost: 37.89 |
| 443275 | 443275 | REP SLEEVE COMPRESSION CALF FLOWTRON REGULAR UP TO 17IN CIRCUMFERENCE WITHOUT ORANGE STITCHING | 0    0 |
| Inv.: Peoplesoft All Periop Supplies | Mnfr: L501-M | Alias: L501-M | Cost: 5.10 |
| Comments: charge only if not sent from unit or OPA | | | |

## Drugs

### Panel 1 Combined Pick List

None

## Equipment

| Bin | ID | Qty | Equipment Name |
|---|---|---|---|
| | 1287 | 1 | Camera Stryker & Light Cord |
| | 2378 | 1 | FORCETRIAD LIGASURE |
| | | | Comments: ask-depends on patient |
| | 1210 | 1 | Pump Sequential Compression Device (SCD) Flowtron |
| | | | Comments: VFL stockings on all general anesthesia cases. |
| | 1231 | 1 | Scope Warmer |
| | 1232 | 1 | Secondary Video Monitor |
| | 2466 | 1 | VIDEO LAPAROSCOPY |

## Preference Card Positioning Information

### Panel 1 - APPENDECTOMY, LAPAROSCOPIC

** None **

RECEIVED

AUG 1 2 2023

OSCI - HSU

### Positioning Equipment

None

## Instruments

| Bin | ID | Qty | Instrument Name |
|---|---|---|---|
| CAMERA/SCOPE CART | 4193 | 1 | Camera/Light Cord |
| I-02-04-050 | 8144 | 1 | Major Basic Set |
| | 13603 | 1 | A-TRAC HANDLE |
| | 14037 | 1 | LAPAROSCOPE 10/5MM SET |
| | 14459 | 1 | SET ENDOCHOLE PAN 1 |

## Implant Trays

None

## Instructions

### Nursing Instructions

APPENDECTOMY. LAPAROSCOPIC
dpi_item| X0062507|GLOVE PROTEXIS MICRO 2D73PM65|1|0|I0711|Robin's inner glove
2-BUPIVACIANE 0.25% with Epinephrine 20ML
GLOVES: 7.5 / 8.0 mICRO
DRAPE: 4 TOWELS AND LAP SHEET
SUTURE: SKIN- 4-0 mONOCRYL
2-0 PDS with a clamp looped on end closest to endoclose (if needed)

EX: E 999-001-015

3/10/2023 9:04 PM       Supply PickList - CASE #1148009

| | | |
|---|---|---|
| Name:Hess, Kenneth | Height: | Weight: |
| Age:49 yrs | Gender:Male | MRN:E1257116 |
| | Allergies:Not on File | Patient Class:Emergency |
| Case Date:8/10/2023 | Case Time: 9:30 PM | Case Status:Scheduled |
| Location:Ascension Northeast Wisconsin | OR:MER OR 02 | Classification: |
| Mercy, OR | | |
| DOB: 01/10/1974 | | |

HINTS: ALWAYS FOLEY
Injects local first.
If pt is a child ask if he wants 3 - 5mm ports. If yes, he will use 3 - 0 Endoloops instead of stapler.
50/30 pure
ATHROMBIC STOCKINGS ON ALL CASES

Position Instructions

**APPENDECTOMY, LAPAROSCOPIC**
PREP: Chloraprep
SUBCOSTAL TO ANTERIOR THIGHS
SHAVE PRN
POSITION: SUPINE, tuck left arm
Foley catheter on all cases, remove @ end of the case.

RECEIVED

AUG 1 2 2023

OSCI - HSU

EX'f 999-001-016

000576406
20210610074057646

* Auth (Verified) *

# Hess, Kenneth

MRN: E1257116

 **Meicher, Kaley D, PA-C**
Physician Assistant
Surgery
Date of Service: 8/22/2023 11:07 AM

Discharge Summary
Cosign Needed

## DISCHARGE SUMMARY

**Patient:**
Kenneth Hess E1257116
1/10/1974 49 y.o. male
Provider, Not In System, MD

**Admit date:** 8/19/2023
**Discharge date and time:** 8/22/23
 LOS: 3 days

**Discharge Diagnoses:**
**Problem List Items Addressed This Visit**

Digestive
  **Acute appendicitis**
    Relevant Orders
       Discharge activity
       Discharge diet

Other
  **\* (Principal) Postoperative intra-abdominal abscess - Primary**

Principal Problem:
  Postoperative intra-abdominal abscess
Active Problems:
  Postoperative abscess

## HPI
Please see the history and physical dated 8/19/2023 for a complete description of HPI, past medical history, family, and social histories and review of systems at the time of admission.

**Hospital Course:** This is a 49 year old who presented to MMC ED on 8/19/23 with abdominal pain with a history of lap appendectomy on 8/10/23. CT in ER revealed intra-abdominal abscess. On HOD3 he underwent IR fluid aspiration, no drain placed. He continued IV antibiotics. Pain well controlled on tylenol. Discharged back to jail on HOD4 with 7 days of augmentin. May have regular diet.

**Primary Service:** General Surgery

EX: F 999-001-017

* Auth (Verified) *

Hess, Kenneth (MRN E1257116) Printed by Pierce, Tara, CM [55587] at 8/22/23 1:51 PM

### Pertinent Labs/Diagnostic Tests
CT Abdomen Pelvis W Contrast

Result Date: 8/19/2023
CT ABDOMEN PELVIS W CONTRAST8/19/2023 2:31 PM CDT HISTORY: Abdominal Pain 49 years Male TECHNIQUE: Helical axial CT images of the abdomen and pelvis were performed following intravenous administration of nonionic contrast. Coronal and sagittal reformats. Automated exposure control was used. COMPARISON: CT abdomen pelvis 8/10/2023. FINDINGS: LOWER CHEST: Mild dependent linear atelectasis. LIVER: Homogeneous. No focal mass. Stable too small to adequately characterize probable cyst within the right hepatic lobe. GALLBLADDER AND BILIARY TREE: No calcified gallstones. No gallbladder wall edema. No intra- or extrahepatic biliary ductal dilation. PANCREAS: No solid or cystic mass. No ductal dilatation. SPLEEN: Normal size without mass. ADRENAL GLANDS: No nodules. KIDNEYS AND URETERS: Normal renal size and position. No hydronephrosis. PERITONEUM: No ascites or free air. Loculated rim-enhancing gas and fluid collection right lower quadrant adjacent to the cecum and ascending colon measuring 4.2 x 2.5 x 8.7 cm (transverse, AP PE, CC dimensions respectively). BOWEL: Appendix surgically absent.. No stomach or bowel distension. No focal inflammatory change. LYMPH NODES: No enlarged mesenteric or retroperitoneal lymph nodes. BLADDER: Within normal limits. PELVIC ORGANS: No mass. VESSELS: Aorta is non-dilated. ABDOMINAL WALL: No discrete abdominal wall hernia. BONES: No lytic or blastic abnormality. No fractures identified. IMPRESSION: 4.2 x 2.5 x 8.7 cm abscess right lower abdomen post recent appendectomy. Findings discussed with ordering provider Dr. Adar at 5:01 PM RAFVCC I.2 Electronically Signed By: Matthew Buckler on 8/19/2023 5:02 PM CDT

CT Abdomen Pelvis W Contrast

Result Date: 8/10/2023
CT ABDOMEN AND PELVIS WITH CONTRAST INDICATION: Appendicitis COMPARISON: None TECHNIQUE: Helical CT was performed through the abdomen and pelvis with IV contrast. Automated exposure control was utilized. FINDINGS: Visualized lung bases: Clear. Bones: Negative Liver: There are small hypodense foci scattered throughout the liver which are too small to further characterize on this exam but most likely represent hepatic cysts. Gallbladder: Unremarkable Spleen: Unremarkable Pancreas: Unremarkable Adrenal glands: Unremarkable Kidneys: Unremarkable Vasculature: Unremarkable Bowel: Dilated fluid-filled appendix measuring up to 1.9 cm in diameter. There is extensive periappendiceal fat stranding in the right lower quadrant. Small amount of free fluid. No loculated fluid collection to suggest abscess. There is no free intraperitoneal air to suggest perforation. There are no dilated loops of bowel. Peritoneal cavity: No free fluid or adenopathy Abdominal wall: Intact Pelvis: No mass, adenopathy, or free fluid IMPRESSION: Findings are consistent with acute appendicitis. No evidence of abscess or perforation. Findings reported to nurse practitioner, James, today at 8:43 PM with repeat back. Lisa Roller, M.D. Radiology Associates of the Fox Valley, S.C. RAFVCC I.2 Electronically Signed By: Lisa Roller, MD on 8/10/2023 8:44 PM CDT

CT Guided Aspiration/Injection

Result Date: 8/21/2023
PROCEDURE: Fluid collection aspiration Procedural Personnel Attending physician(s): Ceranske, MD Pre-procedure diagnosis: Small periappendiceal fluid collection Post-procedure diagnosis: Same Indication: Suspected abscess Additional clinical history: None Complications: No immediate complications. IMPRESSION: Percutaneous aspiration of periappendiceal abscess, yielding four mL of purulent fluid. No drainage catheter was left in place. Plan: Primary to follow up on results. Two hours bedrest. _____
_____ PROCEDURE SUMMARY: - Puncture

HESS, KENNETH
1/10/1974

EX, f 499-018

000576406
202106100740576406

* Auth (Verified) *

Hess, Kenneth (MRN E1257116) Printed by Pierce, Tara, CM [55587] at 8/22/23 1:51 PM

aspiration of abscess, hematoma, bulla, or cyst under CT guidance - Additional procedure(s): None PROCEDURE DETAILS: Pre-procedure Consent: Informed consent for the procedure including risks, benefits and alternatives was obtained and time-out was performed prior to the procedure. Preparation: The site was prepared and draped using maximal sterile barrier technique including cutaneous antisepsis. Anesthesia/sedation Level of anesthesia/sedation: Moderate sedation (conscious sedation) Anesthesia/sedation administered by: Independent trained observer under attending supervision with continuous monitoring of the patient's level of consciousness and physiologic status Total intra-service sedation time (minutes): 22 Fluid collection aspiration The patient was positioned left lateral decubitus oblique. Initial imaging was performed. Local anesthesia was administered. The fluid collection was accessed using an access needle. Position within the fluid collection was confirmed and fluid aspiration was performed. All instruments were then removed. Aspiration location: Right lower quadrant Initial imaging findings: Small fluid collection Aspiration needle/catheter: 18-gauge Chiba Contrast injection: No Final imaging findings: Partial drainage of the fluid collection. No hematoma or significant bleeding identified. Contrast Contrast agent: None Contrast volume (mL): 0 Radiation Dose CT dose length product (mGy-cm): 1725.4 Additional Details Additional description of procedure: None Device used: None Equipment details: None Specimens removed: Four mL of purulent fluid. Aspirated fluid was sent for analysis. Estimated blood loss (mL): Less than 10 Standardized report: SIR_DrainageAspiration_v3.1 Attestation Signer name: Andrew Ceranske, MD I attest that I was present for the entire procedure. I reviewed the stored images and agree with the report as written. RAFVMMC Electronically Signed By: Andrew Ceranske, MD on 8/21/2023 1:08 PM CDT

**Operative Procedures:** IR fluid collection aspiration

**Discharge Exam:**
Please see Timothy Sanner's note

**Disposition:** Court/Law Enforcement

**Discharge Code Status:** Full Code

**Patient Instructions:**
**Current Discharge Medication List**

### CONTINUE these medications which have NOT CHANGED

| | Details |
|---|---|
| acetaminophen (TYLENOL) 500 MG tablet | Take 500-1,000 mg by mouth 2 (two) times a day as needed for Pain. |
| albuterol (VENTOLIN HFA) 90 mcg/actuation inhaler | Inhale 2 puffs 4 (four) times a day as needed for Wheezing or Shortness of Breath. |
| albuterol 2.5 mg /3 mL (0.083 %) nebulizer solution | Take 2.5 mg by nebulization as needed (shortness of breath). |
| calcium carbonate (TUMS) 500 mg chewable tablet | Chew 2 tablets and swallow 4 (four) times a day as needed for Heartburn. |
| carboxymethylcellulose sodium 0.25 % Drops | Apply 1 drop to eye 4 (four) times a day as needed (dry eyes). |

EX;F 999-001-019

000576406
202106100740576406

* Auth (Verified) *

Hess, Kenneth (MRN E1257116) Printed by Pierce, Tara, CM [55587] at 8/22/23 1:51 PM

| | |
|---|---|
| ciclesonide (ALVESCO) 160 mcg/actuation inhaler | Inhale 1 puff 2 (two) times daily. |
| docusate sodium (COLACE) 100 MG capsule | Take 100 mg by mouth 2 (two) times a day as needed for Constipation. |
| hydrocortisone 1 % cream | Apply 1 application. to the skin 4 (four) times a day. |
| hydrOXYzine (ATARAX) 50 MG tablet | Take 50 mg by mouth 2 (two) times a day as needed for Anxiety. |
| lidocaine (LMX) 4 % cream | Apply 1 application. to the skin 4 (four) times a day as needed (Pain). |
| pantoprazole (PROTONIX) 40 MG tablet | Take 40 mg by mouth 2 (two) times daily. |
| white petrolatum-mineral oiL (HYDROCERIN) Cream | Apply 1 application. to the skin daily as needed (Dry Skin). |

Activity: 10lb lifting restriction until follow up
Diet: Regular

**Follow-up**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 9/6/2023 | 10:00 AM | Wright, Tosha, APNP | GFOOSG | FV |

**Signed:**
Meicher, Kaley D, PA-C
8/22/202311:07 AM

NLCI          Case 2:24-cv-00183-LA     Filed 02/28/25     Page 19 of 31     Document 34-1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KENNETH HESS,

      Plaintiff,

    v.                               Case No. 24C0183

CHARLES ETSINGER, et al.,

      Defendants.

---

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Defendants, Charles Etsinger and Kevilyn Crochiere, by their attorneys, Wisconsin Attorney General Joshua L. Kaul and Assistant Attorney General Jonathon Davies, hereby answer Plaintiff's Complaint (Dkt. 1), which the Statement of Claim section has been numbered for clarification and attached as an exhibit, as follows:

### A.    PARTIES

1.    Defendants **ADMIT** Plaintiff Kenneth Hess is an inmate with the Wisconsin Department of Corrections and is housed at New Lisbon Correctional Institution at the time of this answer.

2.    Defendants **ADMIT** Charles Etsinger and Kevilyn Crochiere are Correctional Sergeants at Oshkosh Correctional Institution.

## STATEMENT OF CLAIM

3.      Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore, **DENY**.

4.      Defendants **ADMIT** Plaintiff asked Etsinger to contact Health Services Unit on August 9, 2023 but lack knowledge as to the time of this request and therefore **DENY**.

5.      Defendants **ADMIT** Etsinger relayed to Plaintiff that Health Services Unit advised him to complete a blue slip.

6.      Defendants **DENY**.

7.      Defendants **DENY**.

8.      Defendants **ADMIT** Plaintiff took a blue slip because Etsinger gave it to him.  Defendants lack sufficient knowledge or information as to whether or not Plaintiff completed the blue slip and therefore, **DENY**.

9.      Defendants lack sufficient knowledge or information to form a believe as to the truth of the allegation and therefore, **DENY**.

10.      Defendants **DENY**.

11.      Defendants **ADMIT** only that on August 9, 2023 Plaintiff asked Crochiere to call Health Services Unit because his stomach hurt. Defendants **DENY** the remaining allegations.

12.      Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and therefore, **DENY**.

13.      Defendants **DENY**.

14. Defendants **DENY**.

15. Defendants **DENY**.

16. Defendants **ADMIT** Crochiere initially told Plaintiff to fill out a blue slip.

17. Defendants **ADMIT** only being aware that Plaintiff was seen by Health Services Unit. Defendants lack sufficient knowledge or information to form a belief as to the remaining allegations and therefore, **DENY**.

18. Defendants ADMIT the incident on August 9 and 10, 2023 occurred at Oshkosh Correctional Institution. Defendants AFFIRMATIVELY ALLEGE that Plaintiff's remaining assertions set forth a legal conclusion to which no response is required. To the extent a response is required, Defendants **DENY** and further **DENY** that any of Plaintiff's rights were violated or that they were deliberately indifferent to Plaintiff's medical needs.

19. Defendants AFFIRMATIVELY ALLEGE this allegation calls for a legal conclusion to which no response is required, and therefore, **DENY**.

## B. JURISDICTION

Defendants AFFIRMATIVELY ALLEGE that Plaintiff's assertions set forth legal conclusions to which no response is required. To the extent a response is required, Defendants **ADMIT** that jurisdiction is proper in this case subject to State Defendants' defenses of sovereign immunity; **DENY** that Plaintiff's constitutional rights were violated in any manner.

### C.     RELIEF WANTED

Defendants **DENY** having violated the Plaintiff's civil rights made actionable pursuant to 42 U.S.C. § 1983 in any way; and further **DENY** that Plaintiff is entitled to any of the requested relief.

### D.     JURY DEMAND

Defendants join in the demand for a jury trial; **DENY** the request for a Court Trial.

### GENERAL DENIAL

Defendants **DENY** any and all allegations explicitly or implicitly asserted by Plaintiff in his Complaint (Dkt. 1), except those which have been specifically admitted in this Answer.

Additionally, Defendants have not authenticated each of the exhibits attached to Plaintiff's Complaint (Dkt. 1) and therefore, **DENY** as to their accuracy

### DEFENSES

As and for affirmative defenses, Defendants allege as follows:

1.     All or portions of Plaintiff's complaint must be dismissed to the extent that Plaintiff failed to exhaust administrative remedies.

2.     To the extent that Defendants are named in their personal capacities, all or portions of Plaintiff's complaint must be dismissed pursuant to the doctrine of qualified immunity.



# ATTACHMENT 1

# COMPLAINT FORM

### (for filers who are prisoners without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE _____EASTERN_____ DISTRICT OF _____WISCONSIN_____

_____

(Full name of plaintiff(s))

KENNETH HESS

_____

_____

_____

vs

(Full name of defendant(s))

SERGEANT ETSINGER, SERGEANT

CROCHIERE

_____

_____

Case Number: **24-C-0183**

~~23-CV-00239~~

(to be supplied by clerk of court)

A.  PARTIES

1.    Plaintiff is a citizen of _____WISCONSIN_____, and is located at
                                                    (State)

NEW LISBON CORRECTIONAL INSTITUTION P.O. BOX 2000 NEW LISBON,WI
                                                                                              53950
                                  (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

3.     To the extent that Defendants are named in their official capacities, all or portions of Plaintiff's complaint must be dismissed pursuant to the doctrine of sovereign immunity and the Eleventh Amendment to the United States Constitution.

4.     This action is subject to the requirements, provisions, terms, conditions, and limitations of 42 U.S.C. § 1997e.

5.     All or portions of Plaintiff's complaint must be dismissed to the extent that Plaintiff failed to mitigate damages.

**WHEREFORE**, Defendants demand judgment in their favor and against Plaintiff, dismissing Plaintiff's Complaint, and an order awarding Defendants' costs and attorney fees, as well as such other and further relief as the Court deems appropriate under the circumstances.

Dated: May 23, 2024.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ Jonathon Davies
JONATHON M. DAVIES
Assistant Attorney General
State Bar #1102663

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 261-8125
(608) 294-2907 (Fax)
daviesjm@doj.state.wi.us

this, I waited until shift change at 6:30PM, where I could ask the next sergeant the same and this[10] shows I was denied access to medical care and delayed access to medical care when I had a perforated appendix that was about to burst the Doctor said at the ER Hospital said if I did not get to the ER when I did.[11] On 8-9-23 around 6:30PM I asked Sgt. Crochiere if she would contact HSU for an emergency as I was experiencing severe lower abdominal pains. I[12] had been experiencing worsening pain and symptoms, including vomiting and constipation, and I had fainted in my room cell earlier before speaking to her. Sgt.[13] Crochiere asked if I would be okay, I[14] said no, I needed a medical emergency. Sgt.[15] Crochiere told me there is not a Doctor on duty and that the Nurse really can not do much to assist me. Sgt.[16] Crochiere then told me to fill out a blue slip. The[17] next morning, I was called down to HSU on 8-10-23 do to the blue slip I wrote HSU and the HSU staff did a test, then called me back down later to HSU to tell me the test results. They told me my white blood cells count were elevated and that something was seriously wrong. After this, the HSU rushed me to the emergency room by ambulance. More tests were done at the hospital, including a CT Scan. Within a short

2. Defendant ___SERGEANT ETSINGER, SERGEANT CROCHIERE___

(Name)

is (if a person or private corporation) a citizen of ___WISCONSIN___

(State, if known)

and (if a person) resides at ___N/A___

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___OSHKOSH CORRECTIONAL INSTITUTION P.O. BOX 3310 OSHKOSH,___
___WI 54903___ (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

## B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

3.
On 8-9-23 around 7:00AM I started getting severe lower abdominal

pains. After a few hours the pain got worse to almost unbearable,

on a scale of 1-10, they were a 7. I also experienced vomiting

4.
and constipation and finally at 5:15PM I asked Sgt. Etsinger if

he would contact HSU because I could not take the pain anymore

5.
and it was still getting worse. Sgt. Etsinger told me to fill

6.
out a blue slip. I then said it was an emergency and I was in

7.
serious extreme pain. Etsinger again repeated fill out a blue

8.
slip. I took a blue slip as instructed and filled it out. [9]After

C.    JURISDICTION

☒    I am suing for a violation of federal law under 28 U.S.C. § 1331.
         OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are)
      different from the state citizenship of every defendant, and the amount of
      money at stake in this case (not counting interest and costs) is
      $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may
include an award of money or an order telling defendants to do something or
stop doing something.

Injunction to have defendants call medical emergencies when I

have medical issues that need it and to prevent prison officials

from denying or delaying me and other prisoners access to medical

care. Grant Compensatory and irreparable damages in the amount

of $250,000 against defendants Sgt. Etsinger, Sgt. Crochiere

for the mental pain and pain and suffering for the physical

injuries I suffered for denying me access to medical care and

for delaying me access to medical attention that could of

caused me death. Grant Punitive damages in the amount of

$100,000 against defendants Sgt. Etsinger, Sgt. Crochiere

for physical injuries and mental pain and for violating my

medical care rights protected under the 8th Amendment of my

U.S. Constitutional Rights in this case that both defendants
Violated.              Attachment One (Complaint) – 4

time, the hospital staff said I had to have a emergency surgery
to remove my appendix for appendicitis. The Nurse at the hospital
told me that as soon as they got me open my appendix exploded
when they touched it.

18.

This all occured at Oshkosh Correctional
Institution. The defendants acting under the
color of state law, violated my 8th
amendment right to be free from cruel
and unusual punishment by being deliberate
indifferent to my serious medical needs.

19.

I have exhausted any administrative
remedies available to me.

Kenneth Hess 1-26-24

3A

US POSTAGE
FIRST-CLASS

_ Lisbon Correctional Institution
_. Box 2000
_ Lisbon, WI 53950-2000

Office of the Clerk
United States District Court
Eastern District of Wisconsin
362 United States Courthouse
517 East Wisconsin Ave
Milwaukee, WI 53202

E.    JURY DEMAND

> [x] Jury Demand - I want a jury to hear my case
>         OR
>
> [x] Court Trial – I want a judge to hear my case

> Dated this __26st__ day of __January__ 20 __24__.
>
> Respectfully Submitted,
>
> _(signature)_
>
> Signature of Plaintiff
>
> 576406
>
> Plaintiff's Prisoner ID Number
>
> NEW LISBON CORRECTIONAL INSTITUTION P.O. BOX 2000
>
> NEW LISBON, WI 53950
>
> (Mailing Address of Plaintiff)
>
> (If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

> [x] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

> [ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.