IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KENNETH HESS,

    Plaintiff,

v.                                  Case No. 24C0183

CHARLES ETSINGER,
KEVILYN CROCHIERE,

    Defendants.

## DECLARATION OF KEVILYN CROCHIERE

I, **KEVILYN CROCHIERE,** pursuant to 28 U.S.C. § 1746, declares as follows:

1. I make this declaration based on my own personal knowledge and review of the records maintained in the ordinary course of business at the Wisconsin Department of Corrections (Corrections) and Oshkosh Correctional Institution (Oshkosh).

2. I am currently employed by Corrections as a Correctional Sergeant at Oshkosh since February 13, 2022. I have been employed by Corrections since April of 2019.

### Role of a Correctional Sergeant

3. In my capacity as a Correctional Sergeant, I am generally responsible for the security, custody, and control of inmates on my assigned unit at Oshkosh.

## Kenneth Hess' Lawsuit

4. It is my understanding that Plaintiff Kenneth Hess (Hess) has been allowed to proceed on an Eighth Amendment claim against me based on allegations that I did not obtain medical care for him on August 9, 2023. (Dkt. 7:3-4.)

## August 9, 2023

5. On August 9, 2023, I worked from 6:30 p.m. to 6:30 a.m. on August 10 as a Sergeant on the Q-Unit, the unit Hess was housed, which is a general population housing unit.

6. On August 9, 2023 (I do not recall the exact time), I remember Hess approach me at the Sergeant's station where I was and asked me to call Health Service Unit (HSU) because he reported his stomach hurt.

7. I directed him to fill out a blue slip, also known as a Health Services Request (HSR) which he stated he had done.

8. Hess did not report to me that he was experiencing pain, or vomiting, or constipation, or that he had fainted in his cell, or that he needed a medical emergency as he states in his Complaint (Dkt. 1:3). I was never informed of these medical claims.

9. If Hess had informed me that he was experiencing pain, vomiting, constipation, and that he had fainted in his cell, I would have called HSU.

10. Security staff cannot call the HSU or send inmates to the HSU every time an inmate asks security staff to contact the HSU for a medical issue. Per institution practice, security staff should only call the HSU for an inmate's medical concern or issue on an emergent or urgent basis.

11. During my interaction with Hess, he did not appear to be in any distress and was not exhibiting any signs of pain, such as wincing, nor did he report to me that he was having any pain and he was standing normally. I did not observe any signs that Hess was suffering from a condition that constituted a medical emergency. Hess only reported to me that his stomach hurt and that I did not believe that constituted a medical emergency.

12. I am not a medical professional, but my education and training relating to my employment duties includes training in emergency response.

13. Security staff are not medical personnel but are trained to detect medical emergencies. Examples of medical emergencies that a security staff would contact Health Services Unit (HSU) or call for a first responder or crash cart would include an inmate having a heart attack, an inmate not breathing or being unconscious, an inmate having fallen, an inmate severely bleeding, or other similar health concerns that require immediate medical attention or for which the inmate may be seriously harmed.

14. I do not have any knowledge of what happened while Hess was seen in HSU on August 10, 2023 or any trips off-site.

15. I was not deliberately indifferent to Hess' medical needs as I did not ignore his medical complaints and did not deny him access to medical care.

16. I followed the appropriate Corrections' and institution protocols based on the medical symptoms Hess reported to me by telling him to complete a HSR so he could be added to the list to be seen by HSU the next morning.

*Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the statements in the declaration are true and correct.*

Executed on January 17, 2025.

                                         <u>*s/Kevilyn Crochiere*</u>
                                         **KEVILYN CROCHIERE**