IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN



KENNETH HESS,
  Plaintiff,

v.

CHARLES ETSINGER, et. al.,
  Defendants.

Case No: 2024-CV-183

---

PLAINTIFF KENNETH HESS DECLARATION TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT. 35).

---

I declare the following statements to be true and correct based on my personal knowledge:

1. Plaintiff Kenneth Hess makes

this Declaration on the basis of my own personal knowledge and review of Plaintiff's evidence and medical records of Plaintiff's and Hess is competent enough to testify in this declaration if called to a trial and Plaintiff Hess is housed at NUCI prison and was at OSCI prison when my rights were violated by the Defendants in this matter.

2. Defendant Kevilyn Crochiere was at all times relevant to this case and suit and action at Oshkosh prison ("OSCI")

3. Defendant Charles Etsinger was at all times relevant to this case and suit and action at Oshkosh prison OSCI.

4. On August 9th, 2023 around 7:00 a.m, Hess started feeling severe abdominal pain. After a few hours, Hess experienced increased pain, vomiting, and constipation. At about 5:15 p.m., plaintiff Hess asked defendant Sergeant Etsinger to contact the HSU because I could not take the pain anymore and it was still getting

worse. Defendant Etsinger told plaintiff to fill out a blue slip. Plaintiff Hess explained that it was an emergency, and he was in serious extreme pain, Etsinger again told plaintiff to fillout a blue slip, which Hess did. After plaintiff filled out the blue slip, he waited until shift change so he could ask the next sergeant for help. see plaintiff exhibits A-F 999-001-019 in support of DKT's 33,34.

5. At about 6:30p.m., plaintiff Hess asked defendant sergeant Cochiere

if she would contact the HSU for an emergency because he was experienc[ing] severe lower abdominal pain, worsening pain and symptoms, vomiting, constipation, and he had fainted in his room. Defendant Crochiere asked plaintiff if he would be okay, and he said no and that he needed a medical emergency. Crochiere told plaintiff that there was not a doctor on duty and that the nurse could not do much to assist him. She directed him to fill out a blue. The next morning HSU seen Hess. See plaintiff exhibits A-F 999-001-019 in support of DKT's 33,34.

6. The next morning, around 8:00 plaintiff Hess was called to HSU on 8-10-23 where HSU staff conducted a test and told him that his white blood cells were elevated and that something was seriously wrong from his blood test results. Plaintiff Hess was rushed to the emergency room by ambulance where emergency surgery was performed to remove his appendix for appendicities. The hospital nurse said that as soon as they opened him Hess for surgery, his appendix exploded when

they touched itsee plaintiff exhibit A-f 999-001-019 in support of DKT 33, 34.

7. Defendants Crochiere, Etsinger never called Hsu on 8-9-23 and there is know medical records in Hess medical records or in a unit log book to show these Defendants even placed a call to Hsu to get Hess medical care and if they would of made a call to Hsu, a Hsu nurse would of filled out a DoC 3437 Nurse's Telephone Consultation form saying the defendants placed a call to Hsu on

8-9-23 and there is know records that show this happen, oshkosh prison had 24 hour nursing at the prison on-site 24 hours a day and these Defendants should of called a nurse to get Hess access to care but they did not get Hess access to medical care which is Clearly deliberate indifference, (see Plaintiff Hess exhibits A-F 999-001-019, see Plaintiff Declaration and proposed findings of fact P. 1-10 at Par 1-7, see DAI policies 500.30.11 IV. E3., DOC-3437-Nurse's Telephone Consultation form,

8

Soo.10.08 I.A.1-3, Access to care, Plaintiff Hess Ex:A 999-001-001 Health Service Request ("HSR") dated 8-9-23 shows I wrote HSU stating "I been having very bad abdominal pain, vomitting and constipation since 7AM. I told Sgt. Etsinging around 5:15PM and he refused to call for medical assistance. The pain is ~~any~~ bearable at this point. Plaintiff Hess other exhibits is Ex's B-C 999-001-003-001-006, Ex:C 999-001-006-007 HSU Medical Records of appendix issue and Ex's: D-F 999-001-008-019 Hospital Records showing Hess was sent to the

9

Hospital do to denial of access to medical care by Defendants on 8-9-23 for Hess appendix bursting, See Docket 1 exhibits on this Count Docket of plaintiff Hess exhibts 1-49, see Docket 10 at pages 2-3 at par 4,5,16,17 Answer to plaintiff Hess 1983 civil complaint by Defendants admitting to telling Hess to fill out a blue slip HSR and admitting to not calling Hsu to get Hess medical care for my bursted appendix. see plaintiff exhibits A-F 999-001-019 in support of DKT'S 33,34.

10

I declare under the penalty of perjury 28 U.S.C. 1746 the above declaration is true and correct to the best of my knowledge.

Dated: _____     Signed: _____
Kenneth Hess
#576406 N.L.C.I.
P.O. Box 2000
New Lisbon, WI
53950