UNITED STATES DISTRICT COURT EASTERN DISTRICT COURT OF WISCONSIN

KENNETH HESS -Plaintiff-

v.

CHARLES ETSINGER Et Al. Defendants.

Case No: 24-c-183

U.S. District Court
Wisconsin Eastern
SEP 29 2025
FILED
Clerk of Court

DECLARATION OF PLAINTIFF KENNETH HESS IN SUPPORT OF MY COUNSEL MOTION

I declare the following statements to be so true and correct to the best of my knowledge:

1. Plaintiff wrote a lot of lawyers and called them and they wrote him back and none of them will help me to no avail.

2. I suffer from Bipolar disorder and other mental illnesses.

3. Matthew C. Stechauner helped me write all my filings to this court.

4. Everything mentioned in my counsel motion is true and correct. I declare under 1746 U.S.C. Penalty of perjury above statements are true and correct to the best of my knowledge.

Dated: 9-19-25    Signed: *Kenneth Hess*
Kenneth Hess N.L.C.I.
P.O. BOX 2000
New Lisbon, WI 53950

1