UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN

KENNETH HESS -Plaintiff-

v.

CHARLES ETSINGER Et Al. Defendants.

Case No: 24-c-183

*U.S. District Court Wisconsin Eastern SEP 29 2025 FILED Clerk of Court*

DECLARATION OF MATTHEW C. STECHAUNER IN SUPPORT OF PLAINTIFF KENNETH HESS COUNSEL MOTION AND ALL THE FILINGS FILED IN THIS COURT

I declare that the following statements to be true and correct to thed best of my knowledge:

1. I Matthew C. Stechauner helped write and type all of plaintiff Kenneth Hess filings to this court and did his summary judgment filings for him and Hess did not do any of his own filings to this court in this matter.

2. Everything metioned in Hess counsel motion is true and also correct in this matter of this case.

Dated: 9-19-25

Signed: *Matthew C Stechauner*

Matthew C. Stechauner #378235
N.L.C.I. P.O. BOX 2000
New Lisbon, WI 53950

1