# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KENNETH HESS,**
        **Plaintiff,**

   v.                                      Case No. 24-C-183

**CHARLES ETSINGER,** *et al.*,
        **Defendants.**

## RECRUITMENT ORDER

At my request, Attorney Nate Cade of Cade Law Group LLC has agreed to represent Plaintiff Kenneth Hess, on a volunteer basis, for the limited purpose of representing him during mediation. Plaintiff is advised that, because a lawyer has been recruited to represent him, if he receives any money in this case—either because it is awarded to him by a judge or jury or because he settles the case—he may be required to reimburse the court for any expenses and/or costs paid by the court to his recruited attorney. *See* Regulations Governing the Reimbursement of Expenses in Pro Bono Cases from the District Court Fund (available on the Court's website and copy enclosed).

Plaintiff is further advised that, because Mr. Cade has consented to service of filings through the court's electronic case filing system, Plaintiff will no longer receive courtesy copies of court filings. Plaintiff is also advised that he must continue to follow the court's rules and orders and conduct himself in a respectful manner. Failure to do so may result in sanctions, up to and including dismissal of this action. Accordingly,

For the reasons stated, **IT IS HEREBY ORDERED** that Attorney Nate Cade be added to the docket as Plaintiff's attorney and that a copy of this order be mailed to

Plaintiff and Mr. Cade at Cade Law Group LLC, PO Box 170887, Milwaukee, Wisconsin 53217.

Dated at Milwaukee, Wisconsin, this 10th day of December, 2025.

<u>/s/ Lynn Adelman</u>
LYNN ADELMAN
United States District Judge

2

Case 2:24-cv-00183-LA    Filed 12/10/25    Page 2 of 2    Document 63